# Specialist Performance Appraisal

**Specialist:** Dorothy Houlihan     **Dates of Observations:** Ongoing

**Area:** School Psychologist     **Grade:** 9 – 12

**Appraiser(s):** S. Huber and S. Walls-Culotta

## I. PREPARATION AND PLANNING

Exemplary ☐   Effective ☒   Needs Improvement ☐   Unsatisfactory ☐

**Narrative:**

You have been prepared for the meetings you are scheduled to attend. This year you have been involved in Evaluation Review Meetings, Manifestation Determination Hearings, and numerous IEP meetings. You are very thorough in presenting information at the meetings and are prepared to provide feedback for the questions that arise.

## II. ORGANIZATION AND MANAGEMENT

Exemplary ☐   Effective ☒   Needs Improvement ☐   Unsatisfactory ☐

**Narrative:**

1. You are organized and you show this by having all the information that is needed for the specific meetings available at the meetings. This year you have been able to complete the psychological assessments in a timely fashion and have presented your findings at the appropriate meetings.
2. One area that needs to be monitored more carefully is when you are given outside evaluation reports. An example of this is A. Kessel's evaluation that was given to you earlier in the year, but until Mrs. Kessel called this summer concerning the DSTP assessment and evaluation it had been addressed with her. It is important that additional evaluation reports be entered into the information presented at a student's IEP.

## III. STRATEGIES AND TECHNIQUES

Exemplary ☐   Effective ☒   Needs Improvement ☐   Unsatisfactory ☐

**Narrative:**

PLAINTIFF'S EXHIBIT 7

1. During meetings you provide parents the support that they need and you make sure that they understand the regulations for special education or 504 services and their rights as parents.
2. You conduct meetings with overviews of what will take place and then follow the agenda. This allows the parents to know what is going to occur; it also helps keep the meeting focused.
3. You provide information and staff development to the clusters and other groups of teachers to assist them in working with specific students.

## IV. SPECIALIST/STUDENT/STAFF INTERACTION

Exemplary ☐   Effective ☐   Needs Improvement ☐   Unsatisfactory ☐

**Narrative:**

1. During the meeting on April 4, 2003, you made sure that everyone was comfortable about the purpose of the meeting especially the student and the grandfather.
2. When interacting with students you are encouraging and thorough in your evaluations.

## V. MONITORIING AND EVALUATING STUDENT PERFORMANCE

Exemplary ☐   Effective ☒   Needs Improvement ☐   Unsatisfactory ☐

**Narrative:**

1. In your evaluation of students you use appropriate evaluation tools.
2. Your assessment of students is thorough and provides necessary information to make educationally sound decisions for strategies to help students.

## VI. RELATED RESPONSIBILITIES

Exemplary ☐   Effective ☐   Needs Improvement ☐   Unsatisfactory ☐

**Narrative:**

1. You participate in SAT, cluster, IEP, 504, and other related meetings.

2. You have participated in staff development.
3. An area of needed improvement is when you register to attend a conference, whether you feel it is important or not you need to follow through with it. Example was "Delaware's Leadership Forum" June 24 and 25, that was a two-day event and you registered for both days, including the overnight room. However, you only attended for approximately one hour.
4. This year there were some difficult situations within the workings of the special education department. In your meetings with Sandra Culotta you indicated that you don't feel things will change. It is important that you focus on doing your position, improving what is in your control and be supportive.

**COMMENDATIONS/RECOMMENDED AREAS FOR GROWTH/COMMENTS:**
**Commendations:**
1. You are well prepared for the meetings you are scheduled to attend.
2. You provide feedback on the status of students and how they have done on the evaluations you have conducted.
3. Throughout the year you have been involved in staff development and work on ways to assist staff in better understanding students who have learning or emotional difficulties.
4. During meetings you work well with parent/guardians in making sure they understand their rights and responsibilities under federal and state laws.

**Recommended Areas for Growth:**
1. Follow through on registered meetings.
2. Develop a more cooperative working relationship with staff.

**Comments:**
This coming school year you will have some different job responsibilities, such as working more closely with the guidance department and wellness, providing individual and group counseling, etc. You will need to focus on the positive, instead of negatives and previous history.

The teacher and appraiser shall sign the **Performance Appraisal** to indicate that it has been reviewed and discussed, not that the teacher necessarily agrees with the **Performance Appraisal**. Further, the teacher may submit additional information on a **TEACHER/SPECIALIST APPRAISAL RESPONSE FORM**, within fifteen (15) working days of the date of the teacher's signature on this **Performance Appraisal**. Place a (x) in the box below to indicate your desire to submit additional information and to receive a **Teacher/Specialist Appraisal Response Form**. The **Teacher/Specialist Appraisal Response Form** shall be appended to this **Performance Appraisal** and shall become part of the appraisal record.

_____          _____ 8-5-03
Teacher's Signature/Date                Appraiser's Signature/Date

[x] Additional information will be submitted by the teacher within fifteen (15) working days on a **Teacher/Specialist Appraisal Response Form**.

## Observation Form

**Staff member:** Dorothy Houlihan              **Date:** April 4, 2003

**Area:** School Psychology                    **Time:** 9:00 to 10:00

**Announced:** _____  **Unannounced:** _x_    **Status:** Non-tenured

*Below is a summary of information from the observation. The comments are designed to provide feedback to the staff member regarding strengths and areas for growth and progress toward goals/objectives. The following narrative is based upon:*

Check One:

_____Classroom visit (20 minutes minimum)         ___ Cluster meeting
_____Advisory Committee Meeting                   _X_ Other (Specify) ERM/MDM/IEP


**Focus of Observation:**

The observation focused on a student's Evaluation Review Meeting and Manifestation Determination Hearing. Mrs. Houlihan was the chairperson of the meeting.

**Narrative:**

1. Ms. Houlihan began the meeting promptly. She reviewed the purpose of the meetings and she checked with the student's grandfather that concerning the rights and procedures for special education students and their parents.
2. Introductions were conducted by Ms. Houlihan and then she began explaining the results of the evaluation that she conducted.
3. After the evaluation results were explained she then went through the various parts of the Evaluation Meeting prior to having everyone sign as to whether they agree with the student meeting the qualifications as a Learning Disabled Student.
4. The next step was the Manifestation Hearing Meeting. Ms. Houlihan explained how the meeting would be conducted and then went through each of the steps. The meeting concluded with the discussion as to whether the student's behavior was a manifestation of his disability.
5. The next part of the meeting involved the annual review of the IEP. Ms. Houlihan again chaired the meeting and made sure all parts of the IEP requirements were completed.


**Commendations/Recommended areas for growth/comments:**
**You need to be commended for:**

1. The thoroughness in your presentation of the information at all the meetings. This entails collecting all information that was available for the meeting, following requirements of state and federal law.

2. In conducting the meeting you made sure that all requirements were carried out. This included the information from the evaluation you had conducted and working with the student's case manager to present information from all parties that could not attend the meeting.
3. ‑ You made the grandparent and the student feel comfortable in the meeting and had the student's social worker be an active part of the meeting.

*The staff member and appraiser shall sign the observation form to indicate that it has been reviewed and discussed, not that the staff member necessarily agrees with the observation. Further, the staff member may submit additional information within fifteen (15) working days of the date of the staff member's signature on this observation. Place an (X) in the box below to indicate your desire to submit additional information. The staff member's response shall be appended to this observation and shall become part of the appraisal record.*

_[signature]_ 8/5/03                _[signature]_ 8/5/03
Staff Member's signature/date      Appraiser's signature/date

☐  Additional information will be submitted by the staff member within fifteen (15) days.

# PERFORMANCE APPRAISAL

Specialist <u>Dorothy Houlihan</u>          Dates of Observations <u>11/9/01; 4/18/02; 5/29/02</u>

Area <u>School Psychologist</u>          Appraiser(s) <u>Steven W.F. Huber</u>

## I. Preparation and Planning

Exemplary ☐     Effective ☐     Needs Improvement ☐     Unsatisfactory ☐

Narrative:
Ms. Houlihan:
- Established appropriate goals and objectives
- Established and carried out procedures that allowed her to achieve goals and objectives.
- Used preparation and planning techniques that allowed her to complete all required paperwork and reports to meet all meeting deadlines.

## II. Organization and Management

Exemplary ☐     Effective ☐     Needs Improvement ☐     Unsatisfactory ☐

Narrative:
Ms. Houlihan:
- Reorganized her work area to provide a neat comfortable testing and counseling environment for students.
- Used time efficiently as reevaluation testing is caught up through September.
- Completed all new referrals from the Students Assistance Team prior to the end of the current school year.
- Maintained security of student records and assessment materials.

## III. Strategies and Techniques

Exemplary ☐     Effective ☐     Needs Improvement ☐     Unsatisfactory ☐

Narrative:
Ms. Houlihan:
- Demonstrated excellent knowledge of current practices in school psychology.
- Used appropriate methods and activities effectively when working with staff and students.
- Conveyed appropriate expectations for all students during student/psychologist interactions.
- Checked for student, staff, and parent understanding.
- Provided opportunities for student differences.

### IV. Specialist/Staff/Student Interaction
Exemplary ☐   Effective ☐   Needs Improvement ☐   Unsatisfactory ☐
Narrative:
Ms. Houlihan:
- Developed a positive and collaborative rapport with staff members quickly after joining the staff in early October, 2001.
- Created a supportive environment for the student, parents, and staff members during all formal and informal meetings.
- Demonstrated fairness and consistency when dealing with students, parents, and staff members.
- Provided prompt and specific feedback to students, parents, and staff in a constructive manner.
- Communicated information clearly, correctly, and at a level appropriate for student, parent, and staff understanding.

### V.   Monitoring and Evaluating Performance
Exemplary ☐   Effective ☐   Needs Improvement ☐   Unsatisfactory ☐
Narrative:
Ms. Houlihan:
- Used appropriate formative and summative tools and techniques during the evaluation process.
- Maintained accurate and up to date records.
- Used data and research to adapt delivery of services.
- Coordinated input from parent, community, and State agencies.

### IV. Related Responsibilities
Exemplary ☐   Effective ☐   Needs Improvement ☐   Unsatisfactory ☐
Narrative:
Ms. Houlihan:
- Complied with all District policies, regulations, and procedures.
- Pursued professional development opportunities by attending Delaware Association of School Psychologists convention and Special Education Legal Seminar.
- Participated actively and provided input to the Student Assistance Team.
- Performed additional responsibilities as assigned.

**Commendations/ Recommendations Areas For Growth/Comments:**

Ms. Houlihan is to be commended for:

1. Developing a positive and collaborative rapport with staff members quickly after joining the staff in early October, 2001.
2. Using preparation and planning techniques that allowed her to complete all required paperwork and reports to meet all meeting deadlines.
3. Reorganizing her work area to provide a neat comfortable testing and counseling environment for students.
4. Using time efficiently to complete all triennial and new referral testing prior to the end of the current school year.
5. Coordinating input from parent, community, and State agencies.
6. Communicating information clearly, correctly, and at a level appropriate for student, parent, and staff understanding.
7. Pursuing professional development opportunities that provided her with information about District and State policies and regulations.

Recommended areas for growth/Comments:

1. Further explanation on discipline concerns.
2. What steps can we take together to facilitate making Mark, Peggy, and yourself the effective team that I know you all can be?

Dottie,
You have done a great job this year under some unique circumstances. Coming into a new school in a new state must have been very trying at times. You quickly fit in with our system and staff, and have become a valuable member of the team in a short period of time. Thanks for completing all the tasks I sent your way in a timely and professional manner.

The specialist and appraiser shall sign the Performance Appraisal to indicate that it has been reviewed and discussed, not the specialist necessarily agrees with the Performance Appraisal. Further, the specialist may submit additional comments within thirty (30) calendar days of the date of the teacher's signature on this Performance Appraisal. Those comments shall be appended to this Performance Appraisal.

_____ 6/12/02       _____ 6/12/02
Teacher's Signature and Date                    Appraiser's Signature and Date

# OBSERVATION FORM

**Staff Member** Dorothy Houlihan          **Date of Observation** May 23, 2002

**Area** School Psychologist              **Time**

**Announced** ___   **Unannounced** X   **Status** Non-tenured

Below is a summary of information from the observation. The comments are designed to provide feedback to the staff member regarding strengths and areas for growth and progress towards goals/objectives. The following narrative is based upon:

**Check One**
o A classroom visit (minimum of 20 minutes)       o A Cluster meeting
o An Advisory committee meeting                    o Other (DSTP Preparation and Administration))

**Focus of Observation:**
One of the duties of the school psychologist is to act as the assistant to the District Test Coordinator. The assistant is asked to complete any and all duties assigned by the coordinator related to school wide standardized testing. This job analysis is based on Ms. Houlihan's performance during the planning administration, and collection phases of the May administration of the eleventh grade Social Studies and Science batteries of the DSTP. This year's tests were administered on May 21 and 22. Ms. Houlihan was given the task of overseeing all phases of the administration. Mr. Huber was available as a resource to upon Ms. Houlihan's request.

**Narrative:**

Test materials were delivered to the school the first week of May. Ms. Houlihan began the process of checking in all materials against the District Security Checklist. After receiving class rosters and proctor lists Ms. Houlihan packed each proctor's box with all materials necessary for administration. This phase of the process was completed several days before the first day of testing.

On the morning of the first day of testing, Ms. Houlihan oversaw the distribution of all materials to the test proctors. She obtained proctor signatures on the materials list and informed all proctors to secure all materials at the end of each test session. During testing Ms. Houlihan visited in each testing site to check attendance and troubleshoot any problems. At the end of each test session, Ms. Houlihan coordinated the extra time sessions in the library with the assistance of the counselors. At the end of the extra time sessions, Ms. Houlihan returned all materials to the proctors.

At the end of the last scheduled session Ms. Houlihan verified and collected all testing materials from the proctors and returned them to the staging area. Materials for students needing make-up session were separated from the completed material and repacked for the make-up sessions. Ms. Houlihan distributed make-up materials to Mr. Reynolds and Mrs. Canby for administration.

After all make-up sessions were completed, Ms. Houlihan completed the process of separating and packing scoreable and non-scoreable materials for shipment back to Harcourt-Brace in Texas. All tracking and security forms were completed and copied before the shipment was sent. All test materials were returned to Texas three days prior to the deadline. Mr. Huber received a variety of positive feedback from test proctors documenting the effectiveness with which Ms. Houlihan handled this test administration.

**Commendations/Recommended areas for growth/comments:**

Ms. Houlihan is to be commended for:

1. Accepting the responsibility for overseeing this test administration upon the request of Mr. Huber.
2. Having all materials prepared several days prior to the start of testing.
3. Effectively communicating necessary information to the test proctors in a timely manner.
4. Recognizing the importance of materials security.
5. Working collaboratively with the guidance counselors and special ed. teachers to carry out the extra time and make-up sessions.

Areas for discussion and future consideration:

1. Do you see any ways to make this process more efficient?
2. Did you experience any problems during the process that I am not aware of?

Dottie,
You did a great job during this test administration. I appreciate you taking the risk to attempt this task. This was a good time for you to get a feel for the process. Think about ways we can improve on the process, as next March will be the first time we will have ninth grade students who may be taking any combination of parts of the eighth and ninth grade. Keep up the good work.

The staff member and appraiser shall sign the observation form to indicate that it has been reviewed and discussed, not that the staff member necessarily agrees with the observation. Further, the staff member may submit additional information within fifteen (15) working days of the day of the staff member's signature on this observation. Place an (X) in the box below to indicate your desire to submit additional information. The staff member's response shall be appended to this observation and shall become part of the appraisal record.

_____  6/12/02            _____  5/29/02
Staff member's signature/date                    Appraiser's signature/date

☐ Additional information will be submitted by the staff member within fifteen (15) working days.

# JOB ANALYSIS

**Specialist** <u>Dorothy Houlihan</u>     **Observation Period** <u>Oct. 8, 2001 – June 15, 2002</u>

**Specialist Area** <u>School Psychologist</u>     **Time** <u>8:05 – 8:42</u>

**Announced** ___     **Unannounced** <u>X</u>     **Status** <u>Non-tenured</u>

**School** <u>Sussex Technical High School</u>

Below is a summary of information from the observation and discussion. The comments are designed to provide feedback to the specialist regarding strengths and areas for growth. The appraiser shall write a concise narrative that focuses on the behaviors within that category.

## DESCRIPTION OF RESPONSIBILITIES:

A duty of the school psychologist is to administer the necessary battery of tests that are used to determine whether students are eligible for, or remain eligible to receive special education services. Upon completion of the tests, an Eligibility Determination Meeting is held to share the results with the student and parents. Ms. Houlihan was observed leading an Eligibility Determination Meeting on April 18, 2002, for a student referred for initial evaluation through the Student Assistance Team. The meeting proceeded as follows:

8:07    Ms. Houlihan arrived with all the necessary materials and set up the meeting room.
8:15    Parents arrived. Ms. Houlihan herself and started the meeting by explaining that a permission for initial evaluation needed to be signed.
8:20    Ms. Houlihan discussed results of the evaluation including I.Q. and academic achievement scores. Achievement results were given in terms of grade equivalent and standard scores.
8:28    Teachers gave individual classroom reports.
8:37    Ms. Houlihan summarized all reports and outlined the student's strengths and weaknesses.
8:44    Ms. Houlihan recommended that the student qualified as a student with a learning disability. All members of the team agreed. The student was determined to be eligible for special education services after all parties signed the signature page of the eligibility report.
8:47    The IEP portion of the meeting began. Ms. Houlihan took notes for the remainder of the meeting.
8:52    Observer left the meeting

## I. PLANNING/PREPARATION
## NARRATIVE:

Ms. Houlihan had all necessary testing and paperwork completed prior to the meeting date.
Copies of all reports were provided to the parents to refer to during the meeting.

## II. ORGANIZATION AND MANAGEMENT

**NARRATIVE:**
Ms. Houlihan was organized with all necessary files and forms laid out in advance of the arrival of the parents. At the beginning of the meeting she clearly communicated the purpose of the meeting to all participants and outlined the steps that would take place. Ms. Houlihan followed the previously established meeting format and kept it flowing smoothly. Ms. Houlihan maintained security of confidential students records at all times.

## III. STRATEGIES AND TECHNIQUES
**NARRATIVE:**
Ms. Houlihan demonstrated excellent knowledge of the procedures for conducting an Eligibility Determination Meeting and presented them in the appropriate sequence. She presented material at a level appropriate for parent understanding and answered parent questions when called upon. The meeting remained focused on the stated objective and moved at a reasonable pace.

## IV. SPECIALIST/STUDENT/STAFF INTERACTION
**NARRATIVE:**
Ms. Houlihan created a supportive meeting environment for the student, parents, and staff members. She provided the opportunity for all participants to take an active part in the process, and displayed a calm and empathetic demeanor when conveying what it meant to receive special education services to the student. Ms. Houlihan also answered all parent questions in a timely manner using accepting language. Ms. Houlihan was very adept at destigmtizing the learning disability label for the student and parents.

## V. MONITORING/EVALUATING STUDENT PERFORMANCE
**NARRATIVE:**
N/A (Not Applicable)

## COMMENDATIONS/RECOMMENDED AREAS FOR GROWTH/COMMENTS:

Ms. Houlihan is to be commended for:

1. Completing all evaluation instruments for a new referral within the State and Federal timelines.
2. Presenting the evaluation results in language that easily understandable to student and parents.
3. Displaying empathy when addressing student and parent concerns about being labeled Special Ed.
4. Taking copious notes during the IEP meeting as a future tool.

Areas for discussion and future consideration:

1. How does our procedure compare to your past experience in Maryland?
2. Do you have any suggestions for ways to improve our EDM meetings?

The specialist and appraiser shall sign the Job Analysis to indicate that it has been reviewed and discussed, not that the specialist necessarily agrees with the appraisal. Further, the specialist may submit additional information on a TEACHER/SPECIALIST APPRAISAL RESPONSE FORM, within fifteen (15) working days of the date of the specialist's signature on this Job Analysis. Place an (x) in the box below to indicate your desire to submit additional information and to receive a Teacher/Specialist Appraisal Response Form. The Teacher/Specialist Appraisal Response Form shall be appended to this Performance Appraisal and shall become part of the appraisal record.

_[signature]_ 6/10/02     _[signature]_ 4/18/02
Specialist's Signature/Date              Appraiser's Signature/Date

☐ Additional information will be submitted by the teacher within fifteen (15) working days on a Teacher/Specialist Appraisal Response Form.

# JOB ANALYSIS

**Specialist** Dorothy Houlihan          **Observation Period** Oct. 8, 2001 – June 15, 2002

**Specialist Area** School Psychologist       **Time** 8:15AM – 9:11AM

**Announced** X    **Unannounced** __       **Status** Non-tenured

**School** Sussex Technical High School

Below is a summary of information from the observation and discussion. The comments are designed to provide feedback to the specialist regarding strengths and areas for growth. The appraiser shall write a concise narrative that focuses on the behaviors within that category.

## DESCRIPTION OF RESPONSIBILITIES:
One of the duties of the school psychologist is to act as chairperson for all manifestation determination meetings for students receiving special education services who have been recommended for expulsion due to code of conduct infractions. These meetings are required to determine if a child's disability caused the expellable behavior to occur. Ms. Houlihan was observed leading a manifestation meeting on November 9, 2001, for a learning disabled student who committed an offense that has recommendation for expulsion as a consequence for the behavior. The meeting proceeded as follows:

8:15   Ms. Houlihan introduced herself to the parents and explained the purpose of the meeting. She reviewed the results of the most recent psycho-educational that was completed February 8, 2001.

8:22   Ms. Houlihan gave the parents time to give input they believed top be relevant to the situation. During this time Mr. Kemp became angry and left the meeting.

8:31   Teachers were given the opportunity to give input regarding the student's performance in their class. Teachers gave academic and behavioral reports.

8:49   Ms. Houlihan asked the team the relevant questions necessary to make a final determination of whether the behavior was a manifestation of the child's disability. She explained the signature page and passed it around for all members to sign and indicate whether they agreed or disagreed with the determination.

9:08   Ms. Houlihan gave copies of the manifestation forms to Mrs. Kemp and informed her that Mr. Lathbury would complete the pre-administrative hearing paperwork with them in his office.

9:11   Ms. Houlihan thanked team members and closed the meeting.


## I. PLANNING/PREPARATION
**NARRATIVE:**
Ms. Houlihan spent significant time prior to the meeting reviewing the student's current IEP, most recent psychological evaluation reports, and details of the disciplinary referral, all of which would be presented to the parents. She also met with Mr. Huber on two occasions to discuss the manifestation forms and meeting procedures that are used at Sussex Tech.

## II. ORGANIZATION AND MANAGEMENT
**NARRATIVE:**

Ms. Houlihan was organized with all necessary files and forms laid out in advance of the arrival of the parents. At the beginning of the meeting she clearly communicated the purpose of the meeting to all participants and outlined the steps that would take place. Ms. Houlihan followed the previously established meeting format and kept it flowing smoothly. She allowed all participants to be heard without allowing any one party to dominate the conversation. Ms. Houlihan maintained security of confidential students records at all times.

## III. STRATEGIES AND TECHNIQUES
**NARRATIVE:**

Ms. Houlihan demonstrated sufficient knowledge of the procedures for conducting a manifestation determination meeting and presented them in the appropriate sequence. She presented material at a level appropriate for parent understanding and answered parent questions when called upon. The meeting remained focused on the stated objective and moved at a reasonable pace.

## IV. SPECIALIST/STUDENT/STAFF INTERACTION
**NARRATIVE:**

Ms. Houlihan created a supportive meeting environment for parents and staff under the difficult conditions of a manifestation meeting and its possible outcome. She provided the opportunity for all participants to take an active part in the process, and displayed a calm and empathetic demeanor when conveying unpleasant information to the parents. Ms. Houlihan also answered all parent questions in a timely manner using accepting language.

## V. MONITORING/EVALUATING STUDENT PERFORMANCE
**NARRATIVE:**

N/A (Not Applicable)

COMMENDATIONS/RECOMMENDED AREAS FOR GROWTH/COMMENTS:

Ms. Houlihan is to be commended for:

1. Meeting the challenge of chairing a Manifestation Determination meeting with little prior notice and experience with Sussex Tech procedures.
2. The respectful manner in which you interacted with staff, student, and parents under trying circumstances.
3. Being well prepared as a result of reviewing all relevant information in the student's case file prior to the meeting.
4. Taking the time to debrief after the meeting with your supervisor

Areas for discussion and future consideration:

1. How does our procedure compare to your past experience in Maryland?
2. Do you think we should be doing anything differently?

Dottie,
I am certain that your first six weeks have been a whirlwind and you feel a little confused right now. Please be assured that you are doing great job thus far. Your attention to detail fits in well with my style of doing things. Please fell free to call on me at any time if you need assistance.

The specialist and appraiser shall sign the Job Analysis to indicate that it has been reviewed and discussed, not that the specialist necessarily agrees with the appraisal. Further, the specialist may submit additional information on a TEACHER/SPECIALIST APPRAISAL RESPONSE FORM, within fifteen (15) working days of the date of the specialist's signature on this Job Analysis. Place an (x) in the box below to indicate your desire to submit additional information and to receive a Teacher/Specialist Appraisal Response Form. The Teacher/Specialist Appraisal Response Form shall be appended to this Performance Appraisal and shall become part of the appraisal record.

_Dorothy L. Houlihan_   _____ 11/14/01
**Specialist's Signature/Date**            **Appraiser's Signature/Date**

☐ Additional information will be submitted by the teacher within fifteen (15) working days on a Teacher/Specialist Appraisal Response Form.



# Sussex Technical School District

17137 County Seat Hwy
Post Office Box 351
Georgetown, Delaware 19947

**ADMINISTRATION**

George L. Frunzi, Ed.D.
Superintendent
302-856-2542

Carol C. Schreffler, M.Ed.
Assistant Superintendent
302-856-2541

Sandra M. Falatek, Ed.D.
Director of Instructional Services
302-856-2543

Patrick E. Savini, Ed.D.
Director of Support Services
302-856-2548

Linda P. Putz, MBA
Business Manager
302-856-2571

Terry B. Little, MSM
Director of Facilities/Operations
302-856-2548

**BOARD OF EDUCATION**

Richard I. Lewis
President

Charles H. Mitchell
Vice President

Frank B. Calio

Teresa G. Carey

Judy L. Emory

Harry L. Trammell

Gregory W. Williams

Fax
302-856-7078

E-mail
www.sussexvt.k12.de.us

November 14, 2002

Ms. Dottie Houlihan
School Psychologist
Sussex Technical High School
P.O. Box 351
Georgetown, DE 19947

Dear Dottie:

On behalf of the Sussex Technical School District, I would like to commend you for the excellent job you have done as a school psychologist since coming to Sussex Tech. I know that last year was difficult for you because of the certification and Praxis I challenges as well as starting in a new position in a new state.

I'd also like to thank you for taking on the responsibility of special education coordinator for the high school. The coordinator's position is definitely complex and challenging; but there is no doubt you have the skills and abilities to succeed. An excellent example of your dedication and excellent work is the "perfect score" granted to Sussex Tech by the special education audit team.

Once again, thank you for all that you do for Sussex Technical High School.

Sincerely yours,

Carol C. Schreffler, M.Ed.
Acting Superintendent

jm
c:   Personnel File
     Sandy Walls-Culotta