IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN<br>19576 Beaver Damn Road<br>Lewes, DE 19958<br><br>    Plaintiff<br>v.<br><br>SUSSEX TECHNICAL SCHOOL DISTRICT<br>17137 County Seat Highway<br>Georgetown, DE 19947<br><br><br>SUSSEX TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION<br>P.O. Box 351<br>Georgetown, DE 19947<br><br>SANDRA WALLS-COLOTTA<br>Individually, and in her official capacity<br>6 East Clarke Street<br>Milford, DE 19963<br><br>STEVEN HUBER<br>Individually, and in his official capacity<br>17137 County Seat Highway<br>Georgetown, DE 19947<br><br>    Defendants | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | Civil Action No.:_____ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ELECTION OF JURY TRIAL**

Dear Clerk:

　　Plaintiff, Dorothy Houlihan, elects trial by jury.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Brian F. Dolan
　　　　　　　　　　　　　　　　　　Stumpf, Vickers & Sandy, P.A.
　　　　　　　　　　　　　　　　　　8 West Market Street
　　　　　　　　　　　　　　　　　　Georgetown, DE 19947

      /s/
Robin R. Cockey
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

Attorneys for Plaintiff

RRC/Active/Houlihan/pld_Election of Jury