IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN<br>19576 Beaver Damn Road<br>Lewes, DE 19958<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>SUSSEX TECHNICAL SCHOOL DISTRICT<br>17137 County Seat Highway<br>Georgetown, DE 19947<br><br>SUSSEX TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION<br>P.O. Box 351<br>Georgetown, DE 19947<br><br>SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity<br>6 East Clarke Street<br>Milford, DE 19963<br><br>STEVEN HUBER<br>Individually, and in his Official capacity<br>17137 County Seat Highway<br>Georgetown, DE 19947<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-00194 JJF<br><br>JURY TRIAL OF TWELVE<br>DEMANDED<br><br>**E-FILE** |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to

insufficiency of process, failure to state a claim upon which relief can be granted and/or statute

of limitations;

DOCS_DE 110656v1

**PLEASE ENTER THE APPEARANCE** of **WILLIAM L. DOERLER**, Esquire and **JOHN D. BALAGUER,** Esquire on behalf of defendants.

        WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
JOHN D. BALAGUER (#2537)
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4508
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN ) <br> 19576 Beaver Damn Road ) <br> Lewes, DE  19958 ) <br>  ) <br>  ) CIVIL ACTION NO.  05-00194 JJF <br> Plaintiff ) <br>  ) <br> v. ) <br>  ) <br>  ) JURY TRIAL OF TWELVE <br> SUSSEX TECHNICAL SCHOOL DISTRICT ) DEMANDED <br> 17137 County Seat Highway ) <br> Georgetown, DE  19947 ) <br>  ) **E-FILE** <br> SUSSEX TECHNICAL SCHOOL DISTRICT ) <br> BOARD OF EDUCATION ) <br> P.O. Box 351 ) <br> Georgetown, DE  19947 ) <br>  ) <br> SANDRA WALLS-CULOTTA ) <br> Individually, and in her Official capacity ) <br> 6 East Clarke Street ) <br> Milford, DE  19963 ) <br>  ) <br> STEVEN HUBER ) <br> Individually, and in his Official capacity ) <br> 17137 County Seat Highway ) <br> Georgetown, DE  19947 ) <br>  ) <br> Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, William L. Doerler, Esquire, do hereby certify that on this 12th day of May, 2005 two (2) copies of the foregoing **ENTRY OF APPEARANCE** were delivered via Regular Mail upon:

-2-

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Wilmington, DE  19947

**WHITE AND WILLIAMS LLP**

/s/ William L. Doerler
JOHN D. BALAGUER (#2537)
WILLIAM L. DOERLER (#3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801
(302) 467-4508
*Attorney for Defendants*

-2-