IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN,<br><br>Plaintiffs,<br><br>v.<br><br>SUSSEX TECHNICAL SCHOOL DISTRICT,<br>SUSSEX TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION, SANDRA WALLS-<br>CULOTTA, individually, and in her official<br>capacity, and STEVE HUBER, individually, and in<br>his official capacity,<br><br>Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-00194 JJF<br> ) <br> ) <br> ) <br> ) TRIAL BY JURY OF TWELVE<br> ) DEMANDED<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the defendants hereby move the Court for dismissal of this action for the reasons stated in the Defendants Opening Brief in Support of Their Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite State, which is incorporated herein as if set forth in full. In the alternate, pursuant to Federal Rule of Civil Procedure 12(e) and for the reasons stated in the Defendant's Opening Brief, the Court should order the plaintiff to provide a more definite statement.

Date: June 6, 2005

RESPECTFULLY SUBMITTED,

WHITE AND WILLIAMS, LLP

JOHN D. BALAGUER
Bar ID #2537
WILLIAM L. DOERLER
Bar ID. # 3627
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4508

Attorneys for Defendants Sussex
Technical School District, Sussex
Technical School District Board of
Education, Sandra Walls-Culotta, and
Steve Huber

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | |
| capacity, and STEVE HUBER, individually, and in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

WHERAS this _____ day of _____, 2004, having considered the Defendants' Motion to Dismiss for Failure to State a Claim and the Plaintiff's response thereto, it is hereby ordered that the Motion is **GRANTED**. The plaintiff's Complaint, therefore, is dismissed, with prejudice.

IT IS SO ORDERED.

_____
JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | |
| capacity, and STEVE HUBER, individually, and in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 6th day of June, 2005, two copies of the foregoing **DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT** were delivered via First Class Mail, postage prepaid, upon:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

WHITE AND WILLIAMS, LLP

JOHN D. BALAGUER
Bar ID. # 2537
WILLIAM L. DOERLER
Bar ID. # 3627
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4508

Attorneys for Defendants Sussex Technical School District, Sussex Technical School District Board of Education, Sandra Walls-Culotta, and Steve Huber