Houlihan _____ Plaintiff

VS

Sussex Techinal School _____ Defendant
    District

In The United States District Court

For _____ County

Case 05-194 _____

........................................................................

*Affidavit Of Service*

*Return Of Service*

I Kenneth M. Gaskins, Hereby certify that on this 25 day of April, 2005,

At approximately 10:15 AM I served the complaint and writ of Summons issued

By the county of ~~Wicomico~~ Sussex, state of ~~Maryland~~ Delaware, case # 05-194

This Paper Was Served To:

Steven Huber _____ (Name) - who acknowledges himself/herself to me at

c/o Sussex Techinal School District - 17137 County Seat Highway, Georgetown, Del

_____ Signature

I am over the age of eighteen (18), not a party to the above action, and I am

Competent to testify to the facts set forth herein. Solemnly affirm under the penalties of

Perjury that the facts are true.

                                                          Kenneth M. Gaskins

                                                          Private Service Company

Description of Defendant

Race W  Sex M  Ht. 6'0  Wt. 230  DOB 6-27-55  Age 49

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Dorothy Houlihan

**SUMMONS IN A CIVIL CASE**

V.

Sussex Technical School District, et al.

CASE NUMBER: 05-194

TO: (Name and address of Defendant)

Steven Huber
Sussex Tehnical School District
17137 County Seat Highway
Georgetown, DE 19947

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    4/5/05

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4-25-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kenneth Gaskins | Civil Processor — Private Service Co. LLC |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Sussex Technical School District 17137 County Seat Highway, Georgetown, Delaware.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 64 miles | Personal | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-25-05
Date

Gaskins / Private Services Co LLC
Signature of Server

P.O. Box 1081 Salisbury, MD 21802
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.