_Houlihan_ Plaintiff

VS

_Sussex Techinal School District_ Defendant

In The _United States District_ Court

For _____ County

Case _05-194_

........................................................

*Affidavit Of Service*
*Return Of Service*

I Kenneth M. Gaskins, Hereby certify that on this _25th_ day of _April_, 2005,

At approximately _10:15 AM_ I served the complaint and writ of _summons_ issued

By the county of ~~Wicomico~~ _Sussex_, state of ~~Maryland~~ _Delaware_, case # _05-194_

This Paper Was Served To:

_Sussex Techinal School District_ (Name) - who acknowledges himself / herself to me at

_17137 County Seat Highway Georgetown, Delaware_

_Mr. Patrick Savini Supt_ Signature

I am over the age of eighteen (18), not a party to the above action, and I am

Competent to testify to the facts set forth herein. Solemnly affirm under the penalties of

Perjury that the facts are true.

Kenneth M. Gaskins
Private Service Company

Description of Defendant

Race____ Sex____ Ht.____ Wt.____ DOB_____ Age____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

Dorothy Houlihan

**SUMMONS IN A CIVIL CASE**

V.

Sussex Tehnical School District, et al.

CASE NUMBER: 05-194

TO: (Name and address of Defendant)

Sussex Technical School District
17137 County Seat Highway
Georgetown, DE 19947

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    4/5/05

CLERK                                              DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-25-05 |
| NAME OF SERVER (PRINT) | TITLE |
| Kenneth Gaskins | Civil Processor / Private service Co LLC |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Sussex Techinal School District
17137 County Seat Highway Georgetown, Delaware

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 64 miles | Personal | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-25-05
                  Date

Signature of Server: Gaskins/Private Service Co

Address of Server: P.O. Box 1081 Salisbury, MD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.