__Houlihan__ Plaintiff

VS

__Sussex Technical School District__ Defendant

In The __United States District__ Court

For _____ County

Case __05-194__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Affidavit Of Service

Return Of Service

I Kenneth M. Gaskins, Hereby certify that on this __25th__ day of __April__, 2005,

At approximately __10:15 pm__ I served the complaint and writ of __Summons__ issued

By the county of ~~Wicomico~~ __Sussex__, state of ~~Maryland~~ __Delaware__, case # __05-194__

This Paper Was Served To:

__Sussex Techinal School District__ (Name) - who acknowledges himself/herself to me at __Board of Education__

__17132 County Seat Highway - P.O. Box 351 Georgetown, Delaware__

__Dr. Patrick Savini - Supt__ Signature

I am over the age of eighteen (18), not a party to the above action, and I am

Competent to testify to the facts set forth herein. Solemnly affirm under the penalties of

Perjury that the facts are true.

Kenneth M. Gaskins
Private Service Company

Description of Defendant

Race___ Sex___ Ht.___ Wt.___ DOB_____ Age___

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                    District of     Delaware

Dorothy Houlihan

V.

Sussex Technical School District, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-194

TO: (Name and address of Defendant)

Sussex Technical School District
Board of Education
P.O. Box 351
Georgetown, DE 19947

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                 4/5/05

CLERK                                                 DATE

*/s/ Monica Mosley*

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-25-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kenneth Gaskins | Civil Processor / Private Service Co |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Sussex Technical School District Bd. of Ed
17137 County Seat Highway – P.O. Box 351  Georgetown, Delaware

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 64 miles | Personal | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-25-05
           Date

Signature of Server: Gaskins / Private Service Co LLC

Address of Server: P.O. Box 1081 Salisbury, MD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.