__Houlihan__ Plaintiff   In The _United States District_ Court

VS   For _____ County

__Sussex Technical School District__ Defendant   Case __05-194__

......................................................

*Affidavit Of Service*
*Return Of Service*

I Kenneth M. Gaskins, Hereby certify that on this __23rd__ day of __April__, 2005,

At approximately __12:50 pm__ I served the complaint and writ of __Summons__ issued

By the county of ~~Wicomico~~ __Sussex__, state of ~~Maryland~~ __Delaware__, case # __05-194__

This Paper Was Served To:
__Sandra Wall-Culotta__ (Name) - who acknowledges himself/herself to me at
__6 East Clarke Street   Milford, Delaware   302-422-9303__
_____ Signature

I am over the age of eighteen (18), not a party to the above action, and I am

Competent to testify to the facts set forth herein. Solemnly affirm under the penalties of

Perjury that the facts are true.

*Kenneth M. Gaskins*
*Private Service Company*

Description of Defendant

Race __W__   Sex __F__   Ht. __5-2__   Wt. __180__   DOB __12-5-53__   Age __51__

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Dorothy Houlihan

V.                                                    **SUMMONS IN A CIVIL CASE**

Sussex Technical School District, et al.

CASE NUMBER: 05-194

TO: (Name and address of Defendant)

Sandra Wall-Culotta
6 East Clarke Street
Milford, DE 19963

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                  4/5/05
CLERK                                            DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | APRIL 23rd, 2005 |
| NAME OF SERVER (PRINT) Kenneth Gaskins | TITLE Civil Processor – Private Service CO. LLC |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6 East Clarke st Milford, Delaware

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 84 miles | Personal | $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 23rd, 2005      Gaskins/Private Services CO
             Date                    Signature of Server

                                    P.O. Box 1081 Salisbury, MD
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.