IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | E-FILE |
| capacity, and STEVEN HUBER, individually, and ) | |
| in his official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION

Pursuant to F.R.C.P. Rule 5(b) and Delaware Local Rule 7.1.2, the parties through their undersigned counsel stipulate and respectfully request that the briefing scheduling for defendants' Motion to Dismiss be adjusted as follows:

1. Plaintiff's Answering Brief in response to Defendants' Motion to Dismiss for Failure to State Claim or, in the alternative, Motion for a More Definite Statement shall be due on or before July 27, 2005; and

2. Defendants' Reply Brief shall be due on or before August 15, 2005.

STUMPF, VICKERS & SANDY, P.A.                WHITE and WILLIAMS LLP

*Brian F. Dolan/HRB*                         *[signature]*

BRIAN F. DOLAN (BAR ID. 3190)                JOHN D. BALAGUER (Bar I.D. 2537)
8 West Market Street                         824 North Market Street, Suite 902
Georgetown, DE 19947                         P.O. Box 709
*Attorney for Plaintiff*                     Wilmington, DE 19899-0709
                                             (302) 467-4501
                                             *Attorney for Defendants*

DOCS_DE 112439v1