IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
|     Plaintiff | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | TRIAL BY JURY OF TWELVE |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | | DEMANDED |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her official capacity | * | |
| | * | |
| STEVEN HUBER Individually, and in his official capacity | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE,
<u>MOTION FOR A MORE DEFINITE STATEMENT</u>**

    Plaintiff through counsel hereby opposes the dismissal of this action for the reasons stated in Plaintiff's Answering Brief in Support of Her Opposition to Defendants' Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite Statement, which is incorporated by reference herein as is fully set forth. Additionally, for the reasons stated in the Plaintiff's Answering Brief, Plaintiff should not be ordered to provide a more definite statement.

 

_____/s/_____
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

Date: July 27, 2005