IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| Plaintiff | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | TRIAL BY JURY OF TWELVE |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | | DEMANDED |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her official capacity | * | |
| | * | |
| STEVEN HUBER Individually, and in his official capacity | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

WHEREAS, this _____ day of _____, 2005, having considered the Defendants' Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite Statement and the Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

IT IS SO ORDERED.

_____
JUDGE

RRC/Active/Houlihan/pld_Order