IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| Plaintiff | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | TRIAL BY JURY OF TWELVE |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | | DEMANDED |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her official capacity | * | |
| | * | |
| STEVEN HUBER Individually, and in his official capacity | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I, Brian Dolan, Esquire, do hereby certify that on this 27th day of July, 2005, two (2) copies of the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite Statement and Plaintiff's Answering Brief were delivered via First Class Mail, postage prepaid, upon:

John D. Balaguer
William L. Doerler
White and Williams, LLP
P.O. Box 709
Wilmington, DE 19899-0709


_____/s/_____
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

Attorney for Plaintiff