# White and Williams LLP

**WW**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

August 24, 2005

**Via E-Filing and U.S. Mail**

Clerk of the Court, Peter Dalleo
United States District Court
844 North King Street
LockBox 27
Wilmington, DE  19801

> **RE: Houlihan v. Sussex Technical School District, et al.**
> **C.A. No. 05-00194 JJF**
> **Our File No. 16869-D0106**

Dear Mr. Dalleo:

In response to the August 18, 2005 deficiency notice that we received from one of the assistant clerks, whose signature we cannot read, please be advised that we filed a courtesy copy of the Reply Brief with the Court on August 17, 2005.  If you are unable to locate the copy, please let me know and I will send over another copy.  Thank you for your assistance with this matter.

Very truly yours,

WHITE AND WILLIAMS LLP

By: *[signature]*

William L. Doerler

WLD:mw

cc:   Brian F. Dolan, Esquire

Allentown, PA • Berwyn, PA• Cherry Hill, NJ • New York, NY
Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE

DOCS_DE 114972v1