# EXHIBIT B

Westlaw

125 S.Ct. 1395 (Mem) Page 1

125 S.Ct. 1395, 161 L.Ed.2d 188, 73 USLW 3247, 73 USLW 3508, 73 USLW 3513, 05 Cal. Daily Op. Serv. 1709

**(Cite as: 125 S.Ct. 1395)**

H

**Briefs and Other Related Documents**

Supreme Court of the United States
Gil GARCETTI, et al., petitioners,
v.
Richard CEBALLOS.
**No. 04-473.**

Feb. 28, 2005.

Case below, 361 F.3d 1168.

Motion of California State Association of Counties for leave to file a brief as *amicus curiae* granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

125 S.Ct. 1395, 161 L.Ed.2d 188, 73 USLW 3247, 73 USLW 3508, 73 USLW 3513, 05 Cal. Daily Op. Serv. 1709

**Briefs and Other Related Documents (Back to top)**

• 2005 WL 2072142 (Appellate Brief) Petitioners' Reply Brief%tc (Aug. 25, 2005)Original Image of this Document (PDF)

• 2005 WL 1749167 (Appellate Brief) Brief for the National Treasury Employees Union as Amicus Curiae Supporting Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1767121 (Appellate Brief) Brief of Association of Deputy District Attorneys and California Prosecutors Association As Amici Curiae in Support of Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1767122 (Appellate Brief) Brief of the American Federation of Labor and Congress of Industrial Organizations as Amicus Curiae in Support of Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1767694 (Appellate Brief) Brief of the National Education Association as Amicus Curiae in Support of Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1767695 (Appellate Brief) Brief of Amici Curiae Government Accountability Project, National Employment Lawyers Association and Association of Trial Lawyers of America in Support of Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1801033 (Appellate Brief) Brief of National Association of Criminal Defense Lawyers, the American Civil Liberties Union, and the American Civil Liberties Union of Southern California as Amici Curiae Supporting Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1801035 (Appellate Brief) Brief for Respondent%tc (Jul. 22, 2005)Original Image of this Document (PDF)

• 2005 WL 1801034 (Appellate Brief) Brief of Amici Curiae the Thomas Jefferson Center for the Protection of Free Expression, and the American Association of University Professors%tc (Jul. 21, 2005)Original Image of this Document (PDF)

• 2005 WL 1317482 (Appellate Brief) Petitioners' Brief on the Merits%tc (May. 27, 2005)Original Image of this Document (PDF)

• 2005 WL 1317483 (Appellate Brief) Brief of the National Association of Counties, Council of State Governments, National League of Cities, National Conference of State Legislatures, and U.S.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

125 S.Ct. 1395 (Mem) Page 2

125 S.Ct. 1395, 161 L.Ed.2d 188, 73 USLW 3247, 73 USLW 3508, 73 USLW 3513, 05 Cal. Daily Op. Serv. 1709

**(Cite as: 125 S.Ct. 1395)**

Conference of Mayors as Amici Curiae Supporting Petitioners%tc (May. 27, 2005)Original Image of this Document (PDF)

• 2005 WL 1317484 (Appellate Brief) Brief of International Municipal Lawyers Association as Amicus Curiae in Support of Petitioner%tc (May. 27, 2005)Original Image of this Document (PDF)

• 2005 WL 1620384 (Joint Appendix) JOINT APPENDIX, VOL. II (May. 27, 2005)

• 2005 WL 1620385 (Joint Appendix) JOINT APPENDIX, VOL. I (May. 27, 2005)

• 2005 WL 1284578 (Appellate Brief) Brief of Amicus Curiae National School Boards Association in Support of Petitioners%tc (May. 26, 2005)Original Image of this Document (PDF)

• 2005 WL 289715 (Appellate Petition, Motion and Filing) Petitioner's Reply Brief (Feb. 03, 2005)

• 2005 WL 190354 (Appellate Petition, Motion and Filing) Respondent's Brief in Opposition (Jan. 25, 2005)

• 04-473 (Docket)
(Oct. 07, 2004)

• 2004 WL 2260964 (Appellate Petition, Motion and Filing) Petition for Writ of Certiorari (Oct. 01, 2004)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.