# EXHIBIT E

## Doerler, William

| | |
|---|---|
| **From:** | William Doerler |
| **Sent:** | Wednesday, October 12, 2005 9:49 AM |
| **To:** | bdolan@svslaw.com |
| **Cc:** | John Balaguer |
| **Subject:** | Houlihan v. Sussex Tech - stay |
| **Attachments:** | TEXT.htm |

Brian
Please review the Petition for Writ of Certiorari filed in Garcetti v. Ceballos, 2004 WL 2260964. The petition involves a case presently pending before the U.S. Supreme Court. One of the questions presented addresses whether a public employee's purely jobrelated speech touches on a matter of public concern and, therefore, is entitled to First Amendment Protection. This is one of the issues addressed in our Motion to Dismiss. If the speech is not entitled to First Amendment Protection, as we allege, Mrs. Houlihan's case fails as a matter of law as there would be no First Amendment violation. Because the issue before the U.S. Supreme Court decides a potentially case dispositive issue in the Houlihan case, we believe that the Houlihan case should be stayed to permit the U.S. Supreme Court to decide the issue. Please let me know your position with respect to requesting a stay from the District Court. Thank you.

_____

IRS Circular 230 Notice: To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding taxrelated penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any taxrelated matters addressed herein, unless expressly stated otherwise.

William L. Doerler, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
Phone: 3024674508
Fax: 3024674548
Email: doerlerw@whiteandwilliams.com

****CONFIDENTIALITY NOTICE****

This EMail message and any documents accompanying this EMail transmission contain information from the law firm of White and Williams LLP which is, "Privileged and confidential attorneyclient communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this EMail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

10/31/2005