# EXHIBIT F

**STUMPF, VICKERS, & SANDY, P.A.**
ATTORNEYS AT LAW
8 WEST MARKET STREET
GEORGETOWN, DELAWARE 19947

THOMAS J. STUMPF
VINCENT H. VICKERS, II
JOHN M. SANDY
THOMAS E. GAY
BRIAN F. DOLAN

302-856-3561
(Fax) 302-856-0956
(Fax) 302-856-3985

October 18, 2005

RECEIVED
OCT 2 5 2005
BY:_____

John D. Balaguer, Esquire
William L. Doerler, Esquire
White and Williams, LLP
P.O. Box 709
Wilmington, DE 19899-0709

     Re:  <u>Houlihan v. Sussex Technical School District, et al.</u>

Dear Counsel:

     We have reviewed the Petition for Writ of Certiorari filed in <u>Garcetti v. Cebalous</u>, 2004 WL 2260964. While we agree that the issue before the U.S. Supreme Court could potentially have an impact on our instant case, we believe that issue to be collateral to the more egregious violations of the Rehabilitation Act upon which the instant case is premised. Accordingly, we believe it is unnecessary to stay the instant case for an indeterminate length of time while we wait for the U.S. Supreme Court to decide such a collateral issue.

     If you insist that a stay is necessary, we suggest you file the appropriate Motion with the District Court, and we will duly file an opposition.

                                            Sincerely,

                                            Brian F. Dolan
                                            Stumpf, Vickers & Sandy, P.A.

                                            /s/
                                            Robin R. Cockey
                                            Cockey, Brennan & Maloney, P.C.

RRC/Active/Houlihan/ltr_Balaguer and Doerler 10.17.05