IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| Plaintiff | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | TRIAL BY JURY OF TWELVE |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | | DEMANDED |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her official capacity | * | |
| | * | |
| STEVEN HUBER Individually, and in his official capacity | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A STAY PENDING A DECISION BY THE UNITED STATES SUPREME COURT IN *GARCETTI V. CEBALLOS***

Plaintiff through counsel hereby opposes the stay of this action for the reasons stated in Plaintiff's Brief in Support of Her Opposition to Defendants' Motion for a Stay, which is incorporated by reference herein as if fully set forth.

_____/s/_____
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
Bar ID # 3190
8 West Market Street
Georgetown, DE 19947

Robin R. Cockey
Cockey Brennan & Maloney PC
313 Lemmon Hill Lane
Salisbury, MD  21801
*Attorneys for Plaintiff*

Date: November 16, 2005