IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN * | |
| Plaintiff * | |
| v. | Civil Action No.:05-00194 JJF |
| * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | TRIAL BY JURY OF TWELVE |
| * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | DEMANDED |
| BOARD OF EDUCATION * | |
| SANDRA WALLS-CULOTTA * | |
| Individually, and in her official capacity | |
| * | |
| STEVEN HUBER | |
| Individually, and in his official capacity * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I, Brian Dolan, Esquire, do hereby certify that on this 16th day of November, 2005, a copy of the foregoing Plaintiff's Opposition to Defendants' Motion for a Stay was served upon the following via electronic filing and/or regular mail:

John D. Balaguer
William L. Doerler
White and Williams, LLP
P.O. Box 709
Wilmington, DE 19899-0709

_____/s/_____
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
Bar ID # 3190
8 West Market Street
Georgetown, DE 19947

Attorney for Plaintiff

S:\Staff\rcockey\ACTIVE CASES\Houlihan\Stay\pld_COS.stay.doc