IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
|     Plaintiff | * | |
| | | Civil Action No.: 05-00194 JJF |
| v. | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | * | |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her official capacity | * | |
| STEVEN HUBER Individually, and in his official capacity | * | |
| | * | |
|     Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION

    Pursuant to F.R.C.P. Rule 5(b) and Delaware Local Rule 7.1.2, the parties through their respective counsel stipulate and respectfully request that the deadline for the filing of a response to Defendants' Motion for Stay be adjusted so that Plaintiff's Response to Defendants' Motion for Stay shall be due on or before November 17, 2005.

  /s/ Brian F. Dolan_____                     /s/ William L. Doerler
Brian F. Dolan                                        William L. Doerler #3627
Stumpf, Vickers & Sandy, P. A.             White & Williams, LLP
8 West Market Street                           P. O. Box 709
Georgetown, DE 19947                       Wilmington, DE 19899-0709

Robin R. Cockey                                     John D. Balaguer #2537
Cockey Brennan & Maloney PC             White & Williams, LLP
313 Lemmon Hill Lane                           P. O. Box 709
Salisbury, MD 21801                              Wilmington, DE 19899-0709
*Attorneys for Plaintiff*                              *Attorneys for Defendants*

                                                      Approved:

                                                      _____

                                                      JUDGE JOSEPH J.
                                                      FARNAN, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN * | |
|     Plaintiff * | Civil Action No.: 05-00194 JJF |
| v. * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT *<br>BOARD OF EDUCATION<br>                                                 * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her official capacity    * | |
| STEVEN HUBER                                 *<br>Individually, and in his official capacity<br>                                                 * | |
|     Defendants | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 16th day of November, 2005, a copy of the foregoing **STIPULATION** were served upon the following via electronic filing and/or regular mail:

Brian F. Dolan, Esquire
Robin F. Cockey
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE  19947
*Attorney for Plaintiff*

                                                                **WHITE AND WILLIAMS LLP**

                                                                /s/ William L. Doerler
                                                                WILLIAM L. DOERLER (#3627)
                                                                824 N. Market Street, Suite 902
                                                                P.O. Box 709
                                                                Wilmington, DE 19899-0709
                                                                Attorneys for Defendants