# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  05-00194 JJF |
| v. | ) | |
| | ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) | |
| CULOTTA, individually, and in her official | ) | E-FILE |
| capacity, and STEVEN HUBER, individually, and | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED BRIEFING SCHEDULE

WHEREAS, on February 9, 2006 this Court granted Defendants' Motion for a Stay Pending a Decision by the United States Supreme Court in *Garcetti v. Ceballos*, 361 F.3d 1168 (9th Cir. 2004), *cert. granted*, 125 S.Ct. 1395 (2005), and

WHEREAS on that same date, this Court denied Defendants' Motion to Dismiss, without prejudice, with leave to renew, and ordered the parties, upon renewal of the motion, to stipulate to a briefing schedule, and

WHEREAS the Supreme Court has issued its decision in the *Garcetti* case,[1] the parties hereby stipulate, subject to court approval, to the following briefing schedule for Defendants' Renewed Motion to Dismiss:

| | Due Date |
|---|---|
| Defendants' Open Brief | August 17, 2006 |
| Plaintiff's Answering Brief | September 18, 2006 |

---

[1] *See Garcetti v. Ceballos*, 126 S.Ct. 1951 (2006).

Defendants' Reply Brief                    October 3, 2006

STUMPF, VICERS & SANDY, P.A.               WHITE AND WILLIAMS LLP

_____                  _____
Brian F. Dolan, Esquire #3190              WILLIAM L. DOERLER (#3627)
8 West Market Street                       824 N. Market Street, Suite 902
Georgetown, DE 19947                       P.O. Box 709
(302) 856-3561                             Wilmington, DE 19899-0709
*Attorney for Plaintiff*                   Phone: 302.467.4508
                                           *Attorney for Defendants*


IT IS SO ORDERED this _____ day of _____, 2006.


                           _____
                                         J.

DOCS_DE 128773v.1