# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

July 28, 2006

**Via E-File and Hand Delivery**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
LockBox 27
Wilmington, DE 19801

RE: **Houlihan v. Sussex Technical School District, et al.**
    **C.A. No. 05-00194 JJF**
    **Our File No. 16869-D0106**

Dear Judge Farnan:

Enclosed is a Stipulated Briefing Schedule, which the parties have prepared consistent with your February 9, 2006 Order granting Defendants' Motion for a Stay pending a decision by the United States Supreme Court in *Garcetti v. Ceballos*, 361 F.3d 1168 (9th Cir. 2004), *cert. granted*, 125 S.Ct. 1395 (2005). In that same Order, you denied Defendants' Motion to Dismiss, without prejudice, with leave to renew after the Supreme Court issued its decision in the *Garcetti* case. Your Order also stated that if the Motion was renewed, the parties should stipulate to a briefing schedule. As I indicated previously, the Stipulated Briefing Schedule is enclosed, and on behalf of the parties, I ask that you sign the proposed Briefing Schedule.

If you have any questions regarding the proposed Briefing Schedule, I am available at the convenience of the Court.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: /s/ William L. Doerler

William L. Doerler

WLD:mw
Enclosure

cc: Brian F. Dolan, Esquire (w/encl.)

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 128987v.1