IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No.  05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | |
| capacity, and STEVE HUBER, individually, and in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RENEWED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants hereby move the Court for dismissal of this action for the reasons stated in the Defendants Opening Brief in Support of Their Renewed Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite State, which is incorporated herein as if set forth in full.  In the alternate, pursuant to Federal Rule of Civil Procedure 12(e) and for

the reasons stated in Defendant's Opening Brief, the Court should order Plaintiff to provide a more definite statement.

                RESPECTFULLY SUBMITTED,

                WHITE AND WILLIAMS, LLP

                /s/ William L. Doerler

                _____
                JOHN D. BALAGUER
                Bar ID #2537
                WILLIAM L. DOERLER
                Bar ID. # 3627
                P.O. Box 709
                Wilmington, DE 19899-0709
                302-467-4508
                Attorneys for Defendants Sussex Technical School District, Sussex Technical School District Board of Education, Sandra Walls-Culotta, and Steve Huber

Date:  August 17, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | |
| capacity, and STEVE HUBER, individually, and in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, William L. Doerler, do hereby certify that on this 17th day of August, 2005, **Defendants' Renewed Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for a More Definite Statement** was served upon the following via electronic filing and/or regular mail:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947
*Attorney for Plaintiff*

                                              WHITE AND WILLIAMS, LLP

                                              /s/William L. Doerler

                                              _____
                                              WILLIAM L. DOERLER
                                              Bar ID. # 3627
                                              P.O. Box 709
                                              Wilmington, DE 19899-0709
                                              302-467-4508
                                              Attorneys for Defendants Sussex Technical School District, Sussex Technical School District Board of Education, Sandra Walls-Culotta, and Steve Huber