IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN,<br><br>        Plaintiffs,<br><br>v.<br><br>SUSSEX TECHNICAL SCHOOL DISTRICT, SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION, SANDRA WALLS-CULOTTA, individually, and in her official capacity, and STEVE HUBER, individually, and in his official capacity,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-00194 JJF<br>)<br>)<br>)<br>) TRIAL BY JURY OF TWELVE<br>) DEMANDED<br>)<br>)<br>) E-FILE<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' APPENDIX TO THEIR
OPENING BRIEF IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, MOTION
FOR A MORE DEFINITE STATEMENT**

WHITE AND WILLIAMS, LLP

JOHN D. BALAGUER, Bar ID #2537
WILLIAM L. DOERLER, Bar ID. # 3627
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4508
 Attorneys for Defendants Sussex Technical School District, Sussex Technical School District Board of Education, Sandra Walls-Culotta, and Steve Huber

Date: August 17, 2006

## TABLE OF CONTENTS

Complaint and its exhibits .................................................................................................A1-A44

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 05-00194 JJF |
| v. | ) |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS-| ) |
| CULOTTA, individually, and in her official | ) |
| capacity, and STEVE HUBER, individually, and in | ) |
| his official capacity, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, William L. Doerler, do hereby certify that on this 17th day of August, 2005, **Defendants' Appendix to Their Opening Brief in Support of Their Renewed Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for a More Definite Statement** was served upon the following via electronic filing and/or regular mail:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947
*Attorney for Plaintiff*

        WHITE AND WILLIAMS, LLP

        /s/ William L. Doerler
        _____
        WILLIAM L. DOERLER, Bar ID. # 3627
        P.O. Box 709
        Wilmington, DE 19899-0709
        302-467-4508
        Attorneys for Defendants Sussex Technical School District, Sussex Technical School District Board of Education, Sandra Walls-Culotta, and Steve Huber