IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
|     Plaintiff | | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | TRIAL BY JURY OF TWELVE |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | DEMANDED |
| BOARD OF EDUCATION | * | |
| | | |
| SANDRA WALLS-CULOTTA | * | |
| Individually, and in her official capacity | | |
| | * | |
| STEVEN HUBER | | |
| Individually, and in his official capacity | * | |
| | | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE,
<u>MOTION FOR A MORE DEFINITE STATEMENT</u>**

    Plaintiff through counsel hereby opposes the dismissal of this action for the reasons stated in Plaintiff's Answering Brief in Support of Her Opposition to Defendants' Renewed Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite Statement, which is incorporated by reference herein as is fully set forth. Additionally, for the reasons stated in the Plaintiff's Answering Brief, Plaintiff should not be ordered to provide a more definite statement.

                                              _____/s/_____
                                              Brian F. Dolan
                                              Stumpf, Vickers & Sandy, P.A.
                                              8 West Market Street
                                              Georgetown, DE 19947

                                              _____/s/_____
                                              Robin R. Cockey
                                              Cockey Brennan & Maloney P.C.
                                              313 Lemmon Hill Lane
                                              Salisbury, MD  21801

                                              Attorneys for Plaintiff

Date: September 15, 2006