IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
|     Plaintiff | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | | TRIAL BY JURY OF TWELVE |
| | * | |
| SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | | DEMANDED |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her official capacity | * | |
| | * | |
| STEVEN HUBER Individually, and in his official capacity | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I, Brian Dolan, Esquire, do hereby certify that on this 18th day of September, 2006, a copy of the foregoing Plaintiff's Opposition to Defendants' Renewed Motion to Dismiss for Failure to State a Claim or, in the alternative, Motion for a More Definite Statement and Plaintiff's Answering Brief were delivered via electronic filing, upon:

John D. Balaguer
William L. Doerler
White and Williams, LLP
P.O. Box 709
Wilmington, DE 19899-0709


                                                                     _____/s/_____
                                                                     Brian F. Dolan
                                                                     Stumpf, Vickers & Sandy, P.A.
                                                                     8 West Market Street
                                                                     Georgetown, DE 19947

                                                                     Attorney for Plaintiff