## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No.  05-00194 JJF |
| v. | ) | |
| | ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) | |
| CULOTTA, individually, and in her official | ) | |
| capacity, and STEVE HUBER, individually, and in | ) | E-FILE |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### DEFENDANTS' APPENDIX TO THEIR
### REPLY BRIEF IN SUPPORT OF THEIR  RENEWED MOTION TO DISMISS
### OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE
### STATEMENT

WHITE AND WILLIAMS, LLP

JOHN D. BALAGUER, Bar ID #2537
WILLIAM L. DOERLER, Bar ID. # 3627
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4508
 Attorneys for Defendants Sussex Technical
School District, Sussex Technical School
District Board of Education, Sandra Walls-
Culotta, and Steve Huber

Date:  October 3, 2006

# TABLE OF CONTENTS

Selected sections of Delaware's administrative manual for Special Education
Services ................................................................................................................ C-1-C-21

DOCS_DE 131474v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOROTHY HOULIHAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No.  05-00194 JJF |
| v. | ) | |
| | ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) | |
| CULOTTA, individually, and in her official | ) | |
| capacity, and STEVE HUBER, individually, and in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, William L. Doerler, do hereby certify that on this 3rd day of October, 2006,

**Defendants' Appendix to Their Reply Brief in Support of Their Renewed Motion to**

**Dismiss or, in the Alternative, Motion for a More Definite Statement** was served

upon the following via electronic filing and/or regular mail:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE  19947
*Attorney for Plaintiff*

WHITE AND WILLIAMS, LLP

/s/ William L. Doerler

WILLIAM L. DOERLER, Bar ID. # 3627
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4508
Attorneys for Defendants Sussex Technical
School District, Sussex Technical School
District Board of Education, Sandra Walls-
Culotta, and Steve Huber

DOCS_DE 131474v.1