

# The Administrative Manual for Special Education Services (AMSES)

**(formerly known as the Administrative Manual: Programs for Exceptional Children – 6/20/96 revision)**

## *Approval by the Delaware State Board of Education*
*As of May 18, 2000*
*REVISED August 17, 2000 &*
### *December 15, 2004*

*[Most current document can be found on the DOE Website (http:www.doe.state.de.us)]*

C-1

# *PREFACE*

## ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES

The *Administrative Manual for Special Education Services* addresses the State and federal requirements for the administration and delivery of services and supports for children with disabilities under the age of 21.  This Manual is intended to provide:

- a single source of regulatory requirements which apply to programs for children with disabilities;

- a cross reference of federal and State requirements;

- a means for the improvement of quality and scope of programs for children with disabilities; and

- a basis for monitoring to determine compliance of programs for children with disabilities with applicable State and federal statutes and regulations.

The Manual is organized to follow the flow of processes related to the identification, evaluation, and placement of children.  Pages utilize a three-column format: the left column contains index reference and key words; next column contains the federal IDEA – Part B Regulations (34 CFR Part 300) published on March 12, 1999; and the right column contains the regulations of the Department of Education (DOE 925).  The right column also contains DOE notes and applicable brief sections of the *Delaware Code*.

Following the body of the Manual, the reader will find several Appendices, as follows:

A.  Sample Forms
B.  Interagency Agreements Summary Listings
C.  Other Applicable DOE Regulations of the State Board of Education
D.  Identification Procedures for Determination of a Learning Disability – Tables 1 & 2
E.  Sections of *Delaware Code*
F.  Definition of Terms

Individuals or groups who may need additional information or interpretation of the content to the Administrative Manual should contact Dr. Martha A. Brooks.  The document is available at the Delaware Department of Education's website (http://www.doe.state.de.us), (then click on the link to Exceptional Children), and in every public school in the State.

## TABLE OF CONTENTS

**PROGRAMS FOR EXCEPTIONAL CHILDREN**                                              **PAGE**

A. ACCESS TO SPECIAL EDUCATION AND RELATED SERVICES.................................1
   1. Free Appropriate Public Education (FAPE) Definition ...............................1
   2. FAPE ...........................................................................................3
   3. FAPE for Children Suspended/Expelled from School ..............................3
   4. Exception to FAPE for Certain Ages.....................................................4
      4.a. Incarcerated Youth in Adult Facilities.........................................5
      4.b. Awarded Regular High School Diploma ......................................6
   5. Children with Disabilities in Public Charter Schools.................................6

B. IDENTIFICATION .............................................................................8
   1. Child Find ....................................................................................8
   2. Documentation..............................................................................9
   3. Screening ...................................................................................10
   4. Referral to Instruction Support Team Process.......................................11

C. EVALUATION AND REEVALUATION ...................................................13
   1. Initial Evaluations ........................................................................13
      1.a. Consent ..............................................................................13
      1.b. Determine Eligibility .............................................................13
      1.c. Determine Educational Needs ..................................................13
      1.d. Prior Notice ........................................................................13
      1.e. Time Frame .........................................................................13
   2. Initial Evaluation Must be Prior To Provision of Services .......................14
   3. Evaluation Procedures ...................................................................14
      3.a. Test/Evaluation Materials.......................................................14
      3.b. Variety of Tools....................................................................15
      3.c. Standardized Test .................................................................15
      3.d. Qualified Evaluation Specialists...............................................15
      3.e. No single IQ Quotient ...........................................................15
      3.f. Accurate.............................................................................15
      3.g. No Single Procedure .............................................................16
      3.h. Assess All Areas ..................................................................16
      3.i. Technically Sound.................................................................16
         3.i. (1) Directly Determine Educational Needs.............................16
         3.i. (2) Age of Data ..............................................................16
   4. Determine Needed Evaluation Data....................................................16
      4.a. Review Existing Data.............................................................16
      4.b. Identify Additional Data Needed...............................................17
      4.c. No meeting required ..............................................................17
      4.d. Produce Data.......................................................................17
      4.e. If No Additional Data Needed .................................................17
      4.f. Parent Notification ...............................................................17
      4.g. Parent Right to Override ........................................................17
   5. Determination of Eligibility.............................................................18
      5.a. Team .................................................................................18
      5.b. Copy of Report and Documentation To The Parent .......................18
      5.c. Must Evaluate Prior to Dismissal..............................................18

      5.d. Procedures for Determining Eligibility and Placement .................................18
      5.e. Multiple Sources of Information ........................................................................19
      5.f. Documentation ....................................................................................................19
      5.g. If Eligible And In Need, IEP Must Be Developed ...........................................19
      5.h. Speech/Language Impaired Child .....................................................................19
  6. Additional Procedures for Evaluating Children with Specific Learning Disabilities ....19
      6.a. Team Members ....................................................................................................19
      6.b. Criteria for Determining Specific Learning Disability ..................................20
      6.c. Observation ..........................................................................................................21
      6.d. Written Report ....................................................................................................21
  7. Reevaluations ..................................................................................................................22
      7.a. At Least Triennially ...........................................................................................22
      7.b. Written Notice .....................................................................................................22
      7.c. Written Report ....................................................................................................22
      7.d. Cognitive Ability .................................................................................................23
  8. Participation in State Assessment .................................................................................23

D. ELIGIBILITY ...........................................................................................................................25
  1. Age of Eligibility for Child with Disability .................................................................25
  2. Eligibility Criteria ..........................................................................................................27
  3. General ...........................................................................................................................27
  4. Exit Criteria ....................................................................................................................28
  5. Autism .............................................................................................................................28
  6. Developmental Delay .....................................................................................................32
  7. Deaf/Blind .......................................................................................................................34
  8. Emotional Disturbance ..................................................................................................35
  9. Hearing Impairment ......................................................................................................36
  10. Learning Disability ........................................................................................................37
  11. Mental Disability ............................................................................................................38
  12. Multiple Disabilities .......................................................................................................39
  13. Physical Impairments .....................................................................................................39
      13.a. Orthopedic Impairment ...................................................................................39
      13.b. Other Health Impairment ...............................................................................41
  14. Speech or Language Impairment ..................................................................................46
  15. Traumatic Brain Injury .................................................................................................47
  16. Visual Impairment ..........................................................................................................47
  17. Preschool Speech Delay .................................................................................................48

E. INDIVIDUALIZED EDUCATION PROGRAM (IEP) ........................................................51
  1. Definition ........................................................................................................................51
      1.a. IEP ........................................................................................................................51
      1.b. Participating Agency ..........................................................................................51
  2. SEA And Public Agency Responsibility ......................................................................51
  3. When IEPs Must Be In Effect .......................................................................................51
      3.a. Annual IEP ..........................................................................................................52
      3.b. Before Special Education & Related Services are Provided ............................52
      3.c. Implementing the IEP ........................................................................................52
      3.d. IEP/IFSP ..............................................................................................................52
  4. IEP Meeting ....................................................................................................................53
      4.a. General .................................................................................................................53
      4.b. Initial IEP ............................................................................................................53

4.c.   Within 30 Days................................................................................53
4.d.   Review Annually...............................................................................54

4.e.   Revise As Appropriate, based on:......................................................54
       4.e. (1)   Lack of Expected Progress in General Curriculum....................54
       4.e. (2)   Reevaluation.....................................................................54
       4.e. (3)   Information Provided by Parents............................................54
       4.e. (4)   Child's Needs....................................................................54
       4.e. (5)   Other Matters....................................................................54
4.f.   Transferring Children........................................................................54
       4.f. (1)   Temporary Placement..........................................................55
       4.f. (2)   Request for Records............................................................55
       4.f. (3)   Documenting Agreement for Temporary Services....................55
       4.f. (4)   IEP Review Within 30/60 Days..............................................55
5.  IEP Team .............................................................................................55
    5.a.   General   ....................................................................................55
    5.b.   Parent    ....................................................................................56
    5.c.   Regular Education Teacher...........................................................56
    5.d.   Special Education Teacher.............................................................56
    5.e.   Agency Representative..................................................................56
    5.f.   Individual Who Can Interpret Evaluation........................................56
    5.g.   Other Individuals.........................................................................56
    5.h.   The Child ....................................................................................56
    5.i.   Transition Services Participants .....................................................56
           5.i. (1)    Participants...................................................................57
           5.i. (2)    Student Preferences/Interests...........................................57
           5.i. (3)    Other Agency Representative(s)........................................57
           5.i. (4)    Failure to Participate in Transition Services Planning .........57
    5.j.   Agency Responsibilities for Transition Services ...............................57
           5.j. (1)    Failure to Provide Transition Services ..............................57
           5.j. (2)    Responsibility to Provide or Pay .....................................58
    5.k.   Determination of Knowledge and Special Expertise...........................58
    5.l.   Designate Another Agency ...........................................................58
6.  Parent Participation..............................................................................58
    6.a.   Notice........................................................................................58
    6.b.   Scheduling..................................................................................58
    6.c.   When Child is Age 14+.................................................................59
           6.c. (1)    Initiate Transition Services Planning.................................59
           6.c. (2)    Invite Student................................................................59
    6.d.   Ensure Parent Participation...........................................................59
    6.e.   Meeting Without A Parent.............................................................60
           6.e. (1)    Documentation...............................................................60
    6.f.   Interpreter .................................................................................60
    6.g.   Copy of IEP for Parent.................................................................60
7.  Development, Review and Revision of IEP..............................................60
    7.a.   General   ....................................................................................60
           7.a. (1)    Strengths of Child...........................................................60
           7.a. (2)    Parent Concerns..............................................................60
           7.a. (3)    Results of Evaluation.......................................................60
           7.a. (4)    Results of Assessments....................................................61
    7.b.   Special Factors ...........................................................................61

|  |  |  |
|---|---|---|
| 7.b. (1) | Behavior | 61 |
| 7.b. (2) | Limited English Proficiency (LEP) | 61 |
| 7.b. (3) | Blind/Visually Impaired | 61 |
| 7.b. (4) | Communications | 61 |
| 7.b. (5) | Assistive Technology | 61 |
| 7.b. (6) | Corporal Punishment | 61 |
| 7.c. | Review/Revision of IEP | 61 |
| 7.d. | Statement of Special Factors | 61 |
| 7.e. | Requirements With Regard to Regular Education Teachers | 62 |
| 7.e. (1) | Behavior Interventions | 62 |
| 7.e. (2) | Supplemental Aids/Supports | 63 |
| 8. | Content of IEP | 63 |
| 8.a. | Present Levels of Educational Performance (PLEP) in General Curriculum | 63 |
| 8.b. | Goals Related to Involvement/Progress in General Curriculum | 64 |
| 8.c. | Special Education/Related Services/Aids/Modifications to Be Provided | 64 |
| 8.d. | Extent of Non-Participation in Regular Classroom | 64 |
| 8.e. | Participation in Assessment Program | 64 |
| 8.f. | Start/Frequency/Location of Services | 65 |
| 8.g. | Measure Progress Toward Annual Goals | 65 |
| 8.h. | How Parents Are Informed | 65 |
| 8.i. | Discharge from School Bus | 65 |
| 8.j. | Transition Services | 65 |
| 8.j. (1) | Definitions | 66 |
| 8.j. (2) | Coordinated Set of Activities | 66 |
| 8.j. (3) | Timelines | 66 |
| 9. | Transfer of Rights | 66 |
| 10. | Students Convicted/Incarcerated as Adults | 67 |
| 11. | Monitoring IEPs | 67 |
| 12. | Private School Placements by Public Agency | 67 |
| 12.a. | Representative at Meeting | 68 |
| 12.b. | Review/Revise IEP | 68 |
| 12.c. | Public Agency/Parent Involvement | 68 |
| 12.d. | LEA/SEA Responsibility | 68 |
| 13. | IEP Accountability | 68 |
| 14. | Extended School Year (ESY) Services | 69 |
| 14.a. | IEP Team Decision | 69 |
| 14.b. | Not a Particular Category | 69 |
| 14.c. | Not Unilaterally Limited | 69 |
| 14.d. | Definition | 70 |
| 14.e. | Need for Service | 70 |
| 14.e. (1) | Degree of Impairment | 70 |
| 14.e. (2) | Regression/Recoupment | 71 |
| 14.e. (3) | Breakthrough Opportunity | 71 |
| 14.e. (4) | Vocational | 71 |
| 14.f. | Based on IEP | 72 |
| 14.g. | Participation in Other Summer Programs | 72 |
| 14.h. | Timely Determination | 72 |
| 14.i. | Transportation | 72 |
| 14.j. | Written Notice | 73 |
| 14.k. | Procedural Safeguards | 73 |

F.  PROGRAMS AND PLACEMENT ........................................................................74
    1.  Least Restrictive Environment (LRE) Requirements .....................................74
    2.  Continuum of Alternative Placement/Settings...............................................74
    3.  Settings ..........................................................................................................75
    3.a. Regular Education Classroom ......................................................................75
        3.b.  Regular Classroom <21% .......................................................................75
        3.c.  Resource Class ........................................................................................75
        3.d.  Self-Contained Class ..............................................................................76
        3.e.  Public Separate Day School ...................................................................76
        3.f.   Private Separate Day School .................................................................76
        3.g.  Public Residential Placement .................................................................77
        3.h.  Private Residential Facilities .................................................................77
        3.i.   Homebound/Hospital Placement ............................................................77
    4.  Placement ........................................................................................................79
    5.  Decision...........................................................................................................79
    6.  Based on IEP ...................................................................................................79
    7.  Close As Possible To Child's Home ...............................................................79
    8.  LR.E. Harmful Effect ......................................................................................80
    9.  Needed Modifications ......................................................................................80
    10. Age-Appropriate..............................................................................................80
    11. Change in Placement........................................................................................80
    12. Non-Academic Settings ...................................................................................80
    13. Non-Academic Services ...................................................................................81
    14. Physical Education ...........................................................................................81
    15. Assistive Technology .......................................................................................82
    16. Vocational Education .......................................................................................82
    17. Vocational Program Options............................................................................84
    18. Hearing Aids ....................................................................................................84
    19. Equipment ........................................................................................................84
    20. Length of School Day ......................................................................................85
    21  Compulsory Attendance ..................................................................................85
    22. Transportation..................................................................................................86
    23. Local Operational Plans/LEA Eligibility .......................................................86
    24. Exception for Prior LEA/State Policies...........................................................86
    25. Amendments to LEA Policies ..........................................................................87

G.  DISCIPLINE PROCEDURES ..........................................................................88
    1.  Change of Placement for Disciplinary Removals ...........................................88
        1.a.  More Than 10 Consecutive Days .............................................................88
        1.b.  A Pattern .................................................................................................88
        1.c.  Documentation.........................................................................................88
        1.d.  Removals  ................................................................................................88
            1.e. (1)  In School..........................................................................................88
            1.e. (2)  Transportation.................................................................................88
    2.  Authority of School Personnel.........................................................................88
        2.a.  10 days.....................................................................................................89
        2.b.  Interim Alternative Educational Setting .................................................89
            2.b. (1)   Weapons .......................................................................................89
            2.b. (2)   Illegal Drugs ................................................................................90
        2.c.  Required Actions .....................................................................................90
            2.c. (1)Conduct Functional Behavioral Assess. & Implement Behavioral Plan.....................90

2.c. (2)Review Plan .................................................................................... 90
2.c. (3)Develop Behavioral Interventions ................................................. 90
2.c. (4)Additional Removals and Review of BIP ....................................... 90
2.c. (5)IEP Team Meeting ........................................................................ 91
2.c. (6)Controlled Substance ................................................................... 91
2.c. (7)Illegal Drug ................................................................................... 91
2.c. (8)Weapon ........................................................................................ 91
3.     Authority of Hearing Office ................................................................... 91
3.a.  Change in Placement Via Expedited Hearing ............................... 91
3.b.  Determination of Setting ................................................................ 92
3.c.  Manifestation Determination ......................................................... 92
       3.c. (1)  IEP Team Review ............................................................ 93
       3.c. (2)  Decision ......................................................................... 93
       3.c. (3)  Meeting .......................................................................... 94
       3.c. (4)  Correcting Deficiencies ................................................. 94
3.d.  Determination Behavior Not A Manifestation ............................... 94
       3.d. (1)  General .......................................................................... 94
       3.d. (2)  Transmittal of Records ................................................. 94
       3.d. (3)  Status During Due Process .......................................... 94
4.     Parent Appeal ........................................................................................ 94
4.a.  Request Appeal .............................................................................. 94
4.b.  Expedited Hearing ......................................................................... 95
4.c.  Review of Determination ................................................................ 95
4.d.  Standards ....................................................................................... 95
5.     Placement During Appeals ................................................................... 95
5.a.  General ........................................................................................... 95
5.b.  Current Placement ......................................................................... 95
5.c.  Expedited Hearing ......................................................................... 95
6.     Protections For Children Not Yet Eligible for Spec. Ed. And Related Services ... 96
6.a.  General ........................................................................................... 96
6.b.  Basis of Knowledge ....................................................................... 96
6.c.  Exception ........................................................................................ 97
6.d.  Conditions That Apply If No Basis of Knowledge ......................... 98
7.     Expedited Due Process Hearings ........................................................ 98
8.     Referral To Law Enforcement ............................................................... 99
9.     Corporal Punishment ............................................................................ 100
10.    Written notice ........................................................................................ 101

H. SURROGATE PARENTS ............................................................................ 102
1.     General ................................................................................................... 102
2.     Determination of Students Requiring Surrogate Parents .................. 103
3.     Nomination and Candidacy of Surrogate Parents .............................. 105
4.     Training for Surrogate Parents ............................................................. 106
5.     Appointment of Surrogate Parents ...................................................... 106
6.     Responsibilities, Tenure and Compensation ...................................... 107
7.     Tenure of Surrogate Parent .................................................................. 108
8.     Compensation ....................................................................................... 109
9.     Liability of the Surrogate Parent .......................................................... 109

I.  TRANSFER OF PARENTAL RIGHTS AT AGE OF MAJORITY ................ 110

J. DUE PROCESS PROCEDURES FOR PARENTS AND CHILDREN ....................................... 111
   1.  General Responsibility – Definition ............................................................................. 111
      1.a.  Consent ...................................................................................................... 111
      1.b.  Evaluation ................................................................................................. 111
      1.c.  Personally Identifiable ............................................................................ 111
   2.  Opportunity to Examine Records/Parent Participation in Meetings ................. 112
      2.a.  Inspect/Review All Records ..................................................................... 112
      2.b.  Notice to Visit Proposed Placement ....................................................... 113
      2.c.  Participation in Meetings ........................................................................ 113
      2.d.  Parent Involvement in Placement Decisions ........................................ 113
   3.  Independent Education Evaluation ............................................................................ 114
      3.a.  General ...................................................................................................... 114
      3.b.  Evaluation at Public Expense .................................................................. 114
      3.c.  Parent Initiated Evaluations ................................................................... 115
      3.d.  Request for Evaluation by Hearing Officer ........................................... 115
      3.e.  Agency Criteria ........................................................................................ 115
   4.  Prior Notice/Parental Consent ................................................................................... 116
      4.a.  Prior Written Notice ................................................................................ 116
      4.b.  Reasonable Time ...................................................................................... 117
      4.c.  Content of Notice ...................................................................................... 117
      4.d.  Understandable Language ....................................................................... 119
      4.e.  Native Language of Parent ...................................................................... 118
   5.  Procedural Safeguards Notice ..................................................................................... 119
      5.a.  General ...................................................................................................... 119
      5.b.  Contents .................................................................................................... 120
      5.c.  Understandable Language ....................................................................... 120
      5.d.  Documentation ......................................................................................... 120
   6.  Parental Consent ........................................................................................................... 120
      6.a.  General ...................................................................................................... 120
      6.b.  Refusal ...................................................................................................... 120
      6.c.  Failure to Respond to Request for Reevaluation ................................. 120
      6.d.  Limitation ................................................................................................. 121
   7.  Mediation ....................................................................................................................... 121
      7.a.  General ...................................................................................................... 121
      7.b.  Requirements ........................................................................................... 121
   8.  Impartial Due Process Hearing; Parent Notice ...................................................... 123
      8.a.  General ...................................................................................................... 123
      8.b.  Initiating A Hearing ................................................................................ 123
      8.c.  Mediation Availability ............................................................................. 124
      8.d.  Low Cost Legal Services .......................................................................... 124
      8.e.  Chairperson:  Attorney ........................................................................... 126
      8.f.  Parent Notice ........................................................................................... 126
   9.  Impartial Hearing Officer ........................................................................................... 127
      9.a.  Exclusions ................................................................................................. 127
      9.b.  Payment .................................................................................................... 127
      9.c.  Registry of Impartial Hearing Officers ................................................ 127
  10.  Hearing Rights ............................................................................................................. 127
      10.a.  General ..................................................................................................... 128
      10.b.  Witness Testimony ................................................................................. 129

10.c. Written Decision .................................................................................. 129
10.d. Disclosure of Information ..................................................................... 129
10.e. Parental Rights at Hearing ................................................................... 129
10.f. Decision ............................................................................................... 130
10.g. Timeline for Hearing ........................................................................... 131
11. Finality of Decision; Appeal; Impartial Review ........................................ 131
11.a. Finality of Decision ............................................................................. 131
11.b. Appeal ................................................................................................. 132
11.c. Findings/Decision to Advisory Panel/General Public ......................... 133
11.d. Finality of Review ............................................................................... 133
12. Timelines ................................................................................................... 133
13. Civil Action ............................................................................................... 134
14. Attorney's Fees ......................................................................................... 135
15. Child's Status during Proceedings ............................................................ 137
16. Non-Exclusivity of Remedies .................................................................... 138

K. STATE COMPLAINT PROCEDURES ................................................... 138
1. Compliance ................................................................................................ 138
2. Non-Compliance ........................................................................................ 139
3. Minimum Complaint Procedures ............................................................... 140
4. Implementation .......................................................................................... 141
5. Filing a Complaint ..................................................................................... 141

L. CONFIDENTIALITY OF INFORMATION ............................................ 142
1. Definitions ................................................................................................. 142
2. Notice to Parents ....................................................................................... 142
3. Access Rights ............................................................................................ 143
4. Record of Access ....................................................................................... 144
5. Records On More Than One Child ............................................................ 144
6. List of Types/Locations of Information ..................................................... 144
7. Fees ........................................................................................................... 144
8. Amendment of Records ............................................................................. 144
9. Opportunity for a Hearing ......................................................................... 145
10. Result of a Hearing .................................................................................... 145
11. Hearing Procedures ................................................................................... 145
12. Consent ...................................................................................................... 146
13. Parental Refusal ........................................................................................ 146
14. Safeguards ................................................................................................. 146
14.a. One Official Ensures Confidentiality .................................................. 147
14.b. Training ............................................................................................... 147
14c. List of Individuals With Access .......................................................... 147
15. Destruction of Information ........................................................................ 147
16. Children's Rights ....................................................................................... 147
17. Enforcement .............................................................................................. 148
18. Disciplinary Information ............................................................................ 148

M. HIGH SCHOOL DIPLOMAS OR CERTIFICATES OF HIGH SCHOOL COMPLETION ..... 149
1. Diploma or Certificate of Completion ....................................................... 149
2. Written Notice per Graduation .................................................................. 150
3. Continuing Education ................................................................................. 151
4. Graduation Process .................................................................................... 151

N. INTERAGENCY /SPECIAL PROGRAMS.................................................................. 152
  1. Interagency/LRE .......................................................................................... 152
  2. Interagency Agreements ............................................................................... 152
  3. Responsibility for Placement in Interagency Programs ................................ 153
  4. Special Programs for Children with a Visual Impairment............................. 154
  5. Special Programs for the Children Who Are Deaf & Hard of Hearing ......... 154
  6. Special Programs for Children Who Are DeafBlind..................................... 154
  7. Special Programs for Children With Autism................................................. 155
     7.a. Definitions ........................................................................................... 155
     7.b. Statewide Monitoring Review Board ................................................... 157
     7.c. Parent Advisory Committee ................................................................ 161
     7.d. Statewide Parent Advisory Committee................................................ 162
     7.e. Peer Review Committee (PRC) ........................................................... 162
     7.f. Human Rights Committee (HRC)........................................................ 165
     7.g. Responsibilities of PRC/HRC............................................................. 167
     7.h. Private Facilities ................................................................................. 175
     7.i. Psychotropic Medication .................................................................... 176
     7.j. Liaison with DHSS .............................................................................. 176

O. CHILDREN IN PRIVATE SCHOOLS .................................................................. 177
  1. Children in Private Schools Placed/Referred by Public Agency .................. 177
     1.a. State Responsibility ............................................................................ 179
     1.b. Interagency Collaborative Team (ICT)............................................... 180
     1.c. ICT Criteria for Review ...................................................................... 182
     1.d. Procedures for Unique Educational Alternatives................................ 183
     1.e. Financial Aid for Unique Educational Alternatives............................ 186
     1.f. Independent Placement by School District or Agency ......................... 187
     1.g. School District/Agency Responsibility............................................... 187
        1.g.(1) Responsibility for IEP ............................................................... 188
        1.g.(2) Resident District ....................................................................... 189
     1.h. Monitoring Compliance ...................................................................... 189
     1.i. Disseminate Copies of Standards........................................................ 190
     1.j. Participate in Development and Revision of State Standards .............. 190
  2. Children Enrolled When FAPE Is At Issue ................................................. 190
  3. Children Enrolled by Parents....................................................................... 192
     3.a. Childfind ............................................................................................. 192
     3.b. Provision of Services .......................................................................... 192
     3.c. Expenditures........................................................................................ 193
     3.d. Services Determined............................................................................ 194
     3.e. Services Provided ................................................................................ 195
     3.f. Location of Services, Transportation .................................................. 196
     3.g. Complaints........................................................................................... 196
     3.h. Separate Classes Prohibited ............................................................... 197
     3.i. Requirement ........................................................................................ 197
     3.j. Use of Public School Personnel .......................................................... 198
     3.k. Use of Private School Personnel ......................................................... 198
     3.l. Property, Equipment and Supplies....................................................... 198

P. OTHER STATE AGENCY RESPONSIBILITIES ................................................. 200

1. General Supervision ................................................................................................ 200
2 Responsibility For All Education Programs ......................................................... 200
3. SEA Implementation Of Procedural Safeguards ................................................. 202
4. Suspension And Expulsion Rates .......................................................................... 202
5. Public Participation ................................................................................................ 203
    5.a.   Public Hearings ............................................................................................ 203
    5.b.   Notice ............................................................................................................. 204
    5.c.   Opportunity To Participate; Comment Period ....................................... 204
    5.d.   Review Of Public Comments Before Adopting Policies/Procedures ...... 205
    5.e.   Publication And Availability Of Approved Policies/Procedures ............ 205
6. Interagency Agreements ......................................................................................... 205
7. Compliance Monitoring .......................................................................................... 209
8. Scope of Monitoring ............................................................................................... 211
9. Methods of Monitoring ........................................................................................... 214
10. Comprehensive System Of Personnel Development (CSPD) ............................... 214
11. Finance/Administration .......................................................................................... 219
    11.a. Child Count ..................................................................................................... 219
    11.b. Administration of funds ................................................................................. 219
    11.c. Review of LEA Application ............................................................................ 219
        11.c(1) Hearings Relating to LEA Eligibility ............................................... 220
        11.c(2) Recovery of Funds for Misclassified Children ............................... 221
    12.    Other SEA Responsibilities ....................................................................... 222
        12.a.  Ensure Adequate Evaluation .............................................................. 222

Q. STATE ADVISORY COUNCIL .............................................................................. 223
1. General ...................................................................................................................... 223
2. Membership .............................................................................................................. 224
3. Functions .................................................................................................................. 224
4. Procedures ................................................................................................................ 225
    4.a.   Annual Report .............................................................................................. 225
    4.b.   Official Minutes ........................................................................................... 225
    4.c.   Compensation ............................................................................................... 225

R. FUNDING .................................................................................................................. 227
1. Reimbursement Under Unit System ...................................................................... 227
2. Aides ......................................................................................................................... 230
3. Nurses ....................................................................................................................... 232
4. Related Services ....................................................................................................... 233
5. Other Positions for Services to Children with Disabilities ................................ 235

APPENDICES

# ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES
## As of May 18, 2000 (Effective July 1, 2000) revised 8/17/00
### FAPE 300. SECTION OF FEDERAL REGS/MANUAL

| _IDEA-Part B Regulations of March 12, 1999_ | | _Regulations of the Dept. of Ed. 925 – Children with Disabilities_ |
|---|---|---|
| | (a) In interpreting evaluation data for the purpose of determining if a child is a child with a disability under §300.7, and the educational needs of the child, each public agency shall— | |
| **5.e. Multiple sources of information** | (1) Draw upon information from a variety of sources, including aptitude and achievement tests, parent input, teacher recommendations, physical condition, social or cultural background, and adaptive behavior; and | |
| **5.f. Documentation** | (2) Ensure that information obtained from all of these sources is documented and carefully considered. | |
| **5.g. If eligible and in need, IEP must be developed** | (b) If a determination is made that a child has a disability and needs special education and related services, an IEP must be developed for the child in accordance with §§300.340-300.350.<br><br>(Authority: 20 U.S.C. 1412(a)(6), 1414(b)(4)) | |
| **5.h. Speech/ language impaired child** | | **DOE Note:** _See C.5.b. on Evaluation Report, and Appendix A for sample forms._<br><br>3.3 Procedures for Determining Eligibility and Placement<br><br>3.3.1 Children who have an articulation impairment as their only presenting disability may not need a complete battery of assessments. However, a qualified speech-language pathologist shall evaluate each child who has a speech or language impairment using procedures that are appropriate for the diagnosis and appraisal of speech and language impairments. |
| **6. Additional procedures for LD** | **Additional Procedures For Evaluating Children With Specific Learning Disabilities**<br><br>**§300.540 Additional team members.**<br><br>The determination of whether a child suspected of having a specific learning disability is a child with a disability as defined in §300.7, must be made by the child's parents and a team of qualified professionals which must include— | |
| **6.a. Team members** | (a)(1) The child's regular teacher; or | |

19

# ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES
As of May 18, 2000 (Effective July 1, 2000) revised 8/17/00
FAPE 300. SECTION OF FEDERAL REGS/MANUAL.

| IDEA-Part B Regulations of March 12, 1999 | Regulations of the Dept. of Ed. 925 – Children with Disabilities |
|---|---|
| (2) If the child does not have a regular teacher, a regular classroom teacher qualified to teach a child of his or her age; or 3) For a child of less than school age, an individual qualified by the SEA to teach a child of his or her age; and | |

(b) At least one person qualified to conduct individual diagnostic examinations of children, such as a school psychologist, speech-language pathologist, or remedial reading teacher.

(Authority: Sec. 5(b), Pub. L. 94-142)

**6.b. Criteria for determining LD**

## §300.541  Criteria for determining the existence of a specific learning disability.

(a) A team may determine that a child has a specific learning disability if—

(1) The child does not achieve commensurate with his or her age and ability levels in one or more of the areas listed in paragraph (a)(2) of this section, if provided with learning experiences appropriate for the child's age and ability levels; and

(2) The team finds that a child has a severe discrepancy between achievement and intellectual ability in one or more of the following areas:

(i) Oral expression.

(ii) Listening comprehension.

(iii) Written expression.

(iv) Basic reading skill.

(v) Reading comprehension.

(vi) Mathematics calculation.

(vii) Mathematics reasoning.

(b) The team may not identify a child as having a specific learning disability if the severe discrepancy between ability and achievement is primarily the result of—

(1) A visual, hearing, or motor impairment;

20

C-14

# ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES

As of May 18, 2000 (Effective July 1, 2000), revised August 17, 2000; Revised 12/15/04

## ELIGIBILITY/CHILD WITH DISABILITY 300. SECTION OF FED. REGS/MANUAL

| 8. Emotional Disturbance | *IDEA-Part B Regulations of March 12, 1999* | *Regulations of the Dept. of Ed. 925 – Children with Disabilities* |
|---|---|---|
| | (4) Emotional disturbance is defined as follows:<br><br>(i) The term means a condition exhibiting one or more of the following characteristics over a long period of time and to a marked degree that adversely affects a child's educational performance: | 4.5.4.   Age of Eligibility: The age of eligibility for children identified under this definition shall be from birth through 20 years, inclusive.<br><br>4.6.   Eligibility Criteria for Emotional Disturbance: The IEP team shall consider documentation of the manifestation of the clusters or patterns of behavior associated with emotional disturbance and documentation from multiple assessment procedures. Such procedures shall include, but not be limited to, an evaluation by either a licensed or certified school psychologist, or a licensed psychiatrist, classroom observations by teacher(s) and at least one other member of the IEP team, a review of records, standardized rating scales, and child interviews.<br><br>4.6.1.   The documentation shall show that the identified behaviors have existed over a long period of time and to a marked degree, **and**<br><br>4.6.2.   Adversely affect educational performance. This means that the child's emotions and behaviors directly interfere with educational performance. It also means that such interference cannot primarily be explained by intellectual, sensory, cultural, or health factors, or by substance abuse; and<br><br>4.6.2.1.   Are situationally inappropriate for the child's age. This refers to recurrent behaviors that clearly deviate from behaviors normally expected of other children of similar age under similar circumstances. That is, the child's characteristic behaviors are sufficiently distinct from those of his or her peer groups; **or** |

35

ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES
As of May 18, 2000 (Effective July 1, 2000), revised August 17, 2000; Revised 12/15/04
ELIGIBILITY/CHILD WITH DISABILITY 300. SECTION OF FED. REGS/MANUAL

| | IDEA–Part B Regulations of March 12, 1999 | Regulations of the Dept. of Ed. 925 – Children with Disabilities |
|---|---|---|
| 11. Mental Disability (00.7(c)(6) | (6) **Mental retardation** means significantly subaverage general intellectual functioning, existing concurrently with deficits in adaptive behavior and manifested during the developmental period, that adversely affects a child's educational performance. | 4.8.4   The age of eligibility for students identified under this definition shall be from the fourth birthday through 20 years inclusive.<br><br>4.9   Mental Disability<br><br>4.9.1.   Eligibility Criteria for Mental Disability:  In order for the IEP team to determine eligibility for special education services under the Mental Disability category, the following is required:<br><br>4.9.1.1. A level of intellectual functioning, as indicated below:<br><br>4.9.1.1.1. Educable Mental Disability:  I.Q. 50-70, +/- 5 points;<br><br>4.9.1.1.2. Trainable Mental Disability:  I.Q. 35-50, +/- 5 points;<br><br>4.9.1.1.3. Severe Mental Disability: I.Q. below 35; and<br><br>4.9.1.2. Significant limitations in two or more areas of adaptive behavior, including communication, self-care, home/school living, social/ interpersonal, community use, self-direction/coping, health and safety, functional academics, leisure/play, and work.<br><br>4.9.2. Assessment for both intellectual functioning and adaptive behavior shall be conducted by a licensed psychologist or certified school psychologist. |

38

C-16

ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES
As of May 18, 2000 (Effective July 1, 2000), revised August 17, 2000; Revised 12/15/04
ELIGIBILITY/CHILD WITH DISABILITY 300. SECTION OF FED. REGS/MANUAL

*IDEA-Part B Regulations of March 12, 1999*

*Regulations of the Dept. of Ed. 925 – Children with Disabilities*

4.11.2.6.  The symptoms do not occur exclusively during the course of a pervasive developmental disorder, schizophrenia, or other psychotic disorder, and are not better accounted for by another mental disorder (e.g., mood disorder, anxiety disorder, dissociative disorder, or personality disorder).

4.11.3.  Determination by the IEP team of eligibility for services shall be based upon data obtained from:

4.11.3.1.  Written documentation from the formative intervention process used with the student (see section 2.3, p. 11 "Referral to Instructional Support Team" above). The documentation shall include a clear statement of the student's presenting problem(s); summary of diagnostic data collected, and the sources of that data; and summary of interventions implemented to resolve the presenting problem(s) and the effects of the interventions; and

4.11.3.2.  Medical records documenting the health impairment or, in the case of students with ADD/ADHD, medical records documenting that a child has such health impairment, and determination by a school team of qualified evaluators, or, in the case of re-evaluation, the IEP team, including the school psychologist, that the child exhibits the criteria listed in number 4.11.2, above.

45

C-17

# ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES
## As of May 18, 2000 (Effective July 1, 2000), revised August 17, 2000; Revised 12/15/04
## ELIGIBILITY/CHILD WITH DISABILITY 300. SECTION OF FED. REGS/MANUAL

| *IDEA-Part B Regulations of March 12, 1999* | *Regulations of the Dept. of Ed. 925 – Children with Disabilities* |
|---|---|
| **(10) Speech or language impairment** means a communication disorder, such as stuttering, impaired articulation, a language impairment, or a voice impairment, that adversely affects a child's educational performance. | 4.11.4. For purposes of initial eligibility or continued eligibility determination, the school psychologist and the school nurse shall be members of the IEP team.<br><br>4.11.5. Age of Eligibility: The age of eligibility for children with Other Health Impairments shall be from the third birthday through 20 years, inclusive.<br><br>*DOE Note:* *For purposes of funding, children classified under the Other Health Impaired category will be counted as Physically Impaired in the Unit Count.*<br><br>4.12. Eligibility Criteria for Speech and/or Language Impairment: In determining eligibility under the Speech and/or Language classification, the IEP team shall consider the results of an evaluation conducted by a licensed Speech-Language Pathologist which identifies one or more of the following conditions: an articulation disorder, a language disorder, dysfluent speech; and/or a voice disorder.<br><br>4.12.1. The age of eligibility for children identified under this definition shall be from the fifth birthday through 20 years, inclusive, except where speech and/or language therapy is provided as a related service. In the latter instance, the age of eligibility shall correspond with that of the identified primary disability condition. |

**14. Speech or Language Impairment**

46

C-18

**ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES**
May 18, 2000 (Effective July 1, 2000); Revised 12/15/04
LRE/PROGRAMS AND PLACEMENT OF 300. SECTION OF REGS /MANUAL

| *IDEA-Part B Regulations of March 12, 1992* | *Regulations of the Dept. of Ed. 925 – Children with Disabilities* |
|---|---|
| placement | 6.6.   Public Residential Placement: Children with disabilities receiving special education and related services for greater than 50 percent of the school day in public residential facilities. This may include children and youth placed in: <br><br> 6.6.1. public residential schools for children with disabilities, or <br><br> 6.6.2. public residential schools for children with disabilities for a portion of the school day (greater than 50 percent) and in separate day schools or regular school buildings for the remainder of the school day. |
| 3.h. Private residential facilities | 6.7.   Private Residential Facilities: Children with disabilities receive special education and related services at public expense, for greater than 50 percent of the school day in private residential facilities. This may include children and youth placed in: <br><br> 6.7.1. private residential schools for children with disabilities, or <br><br> 6.7.2. private residential schools for children with disabilities for a portion of the school day (greater than 50 percent) and in separate day schools or regular school buildings for the remainder of the school day. |
| 3.i. Homebound/ hospital placement | 6.8.   Homebound/Hospital Placement: Supportive Instruction (Homebound Instruction) is supportive instruction in an alternative program provided at home, hospital or related site for children suffering from an illness or injury. For other disabled children it may be the level of services which assures a free appropriate public education. <br><br> 6.8.1. Where the child with a disability is a danger to himself or to herself, or is so disruptive that his or her behavior substantially interferes with the learning of other children in the class, the IEP team may provide the child with supportive instruction and related services at home in lieu of the child's |

77

ADMINISTRATIVE MANUAL FOR SPECIAL EDUCATION SERVICES
May 18, 2000 (Effective July 1, 2000); Revised 12/15/04
LRE/PROGRAMS AND PLACEMENT OF 300. SECTION OF REGS /MANUAL

*IDEA-Part B Regulations of March 12, 1999*                    *Regulations of the Dept. of Ed. 925 – Children with Disabilities*

present educational placement.

6.8.2.   Services provided under these conditions shall be considered a change in placement on an emergency basis and shall require IEP team documentation that such placement is both necessary and temporary and is consistent with requirements for the provision of a free appropriate public education.

6.8.3.   In instances of parental objection to such home instruction, due process provisions apply.

6.8.4.   To be eligible for supportive instruction and related services, the following criteria shall be met:

6.8.4.1.   The child shall be identified as disabled and in need of special education and/or related services and enrolled in the school district or other public educational program; **and**

6.8.4.2.   If absence is due to medical condition, be documented by a physician's statement where absence will be for two weeks or longer; **or**

6.8.4.3.   If absence is due to severe adjustment problem, be documented by an IEP team, that includes a licensed or certified school psychologist or psychiatrist, and that such placement is both necessary and temporary; or if for transitional in-school program, be documented by the IEP team that it is necessary for an orderly return to the educational program.

6.8.5.   IEPs specifying supportive instruction services shall be reviewed at intervals determined by the IEP team, sufficient to ensure appropriateness of instruction and continued placement.

78

C-20

### Identification Procedures for Determination of a Learning Disability

When identifying students with learning disabilities, inquiry shall be made by the MDT into each of the following major areas:

1. <u>Inability to succeed</u> in a regular education placement as documented by significantly below grade level performance in those subjects for which regular education standards exist which define promotion from grade to grade.

2. <u>Intellectual functioning level</u> as determined by an evaluation specialist specifically trained in the assessment and interpretation of intelligence tests, such as a school psychologist. The measurement of intellectual functioning shall include an individually administered test of intelligence which is highly reliable and valid for the student being tested. Group measures, unjustified prorated scores, and abbreviated forms of intelligence tests shall not be used.

3. <u>Academic achievement level</u> as assessed by a norm-referenced test Criterion-referenced tests, curriculum-based assessments, informal measures, student work samples, and the student's educational history may be used to corroborate norm-referenced test scores.

4. <u>A severe discrepancy</u> between current achievement level and expected achievement level as documented by the MDT. The establishment of a severe discrepancy shall take into account the correlation between intellectual and achievement levels, as well as regression to the mean. Table 1 below shall be applied for this purpose, utilizing the following steps:

   <u>Step 1:</u> Determine the correlation between the intellectual and achievement measures. Correlations between intelligence tests and achievement tests are generally available in the research literature. Table 2 below lists some of the possible correlations which may be applied to calculate ability-achievement discrepancies. MDTs are under no obligation to use these correlations, and may prefer to use other values based on more recent research, <u>provided that such values are obtained using samples that are reasonably representative by age and score distribution.</u>

   For example, Table 2 shows that the approximate correlation between the Wechsler Intelligence Scale for Children-Revised Full Scale IQ and the Written Language and Knowledge Cluster in the Woodcock-Johnson Tests of Achievement as .68. If the correlation between intellectual and achievement measures is not known, a coefficient of .55 should be used.

   <u>Step 2:</u> Locate the student's intellectual standard score in the first column of Table 1 (labeled "IQ"), titled <u>Observed Achievement Levels Necessary for IQ-Achievement Discrepancy Using Standard Scores on Tests With Ms = 100 and SDs = 15.</u>

   <u>Step 3:</u> Follow that row determined in Step 2 to the column with the correlational value closest to the correlation between the chosen measures of intellectual functioning and achievement. For example, the correlation between the WISC-R and the Written Language and Knowledge Cluster of the Woodcock-Johnson is approximately .68. If a

D-1