IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DOROTHY HOULIHAN,               :
                                :
        Plaintiff,              :
                                :
    v.                          :    Civil Action No. 05-194-JJF
                                :
SUSSEX TECHNICAL SCHOOL         :
DISTRICT, SUSSEX TECHNICAL      :
SCHOOL DISTRICT BOARD OF        :
EDUCATION, SANDRA               :
WALLS-CULOTTA, individually,    :
and in her official capacity,   :
and STEVEN HUBER,               :
individually, and in his        :
official capacity,              :
                                :
        Defendants.             :

O R D E R

At Wilmington, this 16 day of November 2006, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Defendants' Renewed Motion To Dismiss For Failure To State A Claim Or, In The Alternative, Motion For A More Definite Statement (D.I. 24) is **GRANTED** to the extent that Defendants seek dismissal of Plaintiff's claim of retaliation under the First Amendment and the claims against Defendant Huber and **DENIED** in all other respects.

2.  **Within twenty (20) days** of the date of this Order the parties shall submit a joint, proposed Scheduling Order for the Court's consideration.  If the parties are unable to reach

agreement, they shall outline their disputes in the joint, proposed Scheduling Order.

                                                            */s/ Joseph J. Farnan, Jr.*
                                        UNITED STATES DISTRICT JUDGE