IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00194 JJF |
| v. | ) |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) |
| CULOTTA, individually, and in her official | ) **E-FILE** |
| capacity | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of William L. Doerler, Esquire on behalf of Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta.

**PLEASE ENTER** the appearance of James Yoder, Esquire on behalf of Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta.

| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP |
|---|---|
| /s/ James Yoder | /s/ William L. Doerler |
| JAMES YODER (#2643) | WILLIAM L. DOERLER (#3627) |
| 824 N. Market Street, Suite 902 | 824 N. Market Street, Suite 902 |
| P.O. Box 709 | P.O. Box 709 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19899-0709 |
| (302) 467-4524 | (302) 467-4508 |

Date: January 2, 2007

WILDMS 139567v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00194 JJF |
| v. | ) |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) |
| CULOTTA, individually, and in her official | ) **E-FILE** |
| capacity | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, James Yoder, Esquire, do hereby certify that on this 2nd day of January, 2007, a copy of the foregoing **Substitution of Counsel** was served upon the following via electronic filing and/or regular mail:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947
*Attorney for Plaintiff*

WHITE AND WILLIAMS LLP

BY: /s/James Yoder
JAMES YODER (#2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta*

WILDMS 139567v.1