**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOROTHY HOULIHAN, | : | |
| | : | |
| Plaintiff, | : | C. A. No. 05-00194 JJF |
| v. | : | |
| | : | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | : | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | : | |
| BOARD OF EDUCATION, SANDRA WALLS- | : | TRIAL BY JURY OF TWELVE |
| CULOTTA, individually, and in her official | : | DEMANDED |
| capacity | : | |
| | : | **E-FILE** |
| Defendants. | : | |
| | : | |
| | : | |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

**PLEASE TAKE NOTICE** that on this 16th Day of January, 2007, a copy of

*Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were sent via First Class

Mail to the following counsel:

| | |
|---|---|
| Robin R. Cockey, Esquire<br>Cockey Brennan & Maloney PC<br>313 Lemmon Hill Lane<br>Salisbury, MD  21801 | Brian F. Dolan, Esquire<br>Stumpf, Vickers & Sandy, P.A.<br>8 West Market Street<br>Georgetown, DE  19947 |

**WHITE AND WILLIAMS LLP**

By: *[signature: James S. Yoder]*

James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:    (302) 467-4524
Facsimile:    (302) 467-4554
E-mail: yoderj@whiteandwilliams.com
*Counsel for Defendant*

WILDMS 138610v.1