## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Dorothy Houlihan** | * | |
| **Plaintiff** | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| **Sussex Technical School District** | | |
| | * | |
| **Sussex Technical School District** | | |
| **Board of Education** | * | |
| | | |
| **Sandra Walls-Culotta** | * | |
| **Individually, and in her official capacity** | | |
| | * | |
| **Steven Huber** | | |
| **Individually, and in his official capacity** | * | |
| | | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

WHEREAS, this ___ day of _____, 2007 having considered the Plaintiff's Motion to File Amended Complaint and the Defendants' response thereto, it is **ORDERED** that the Motion hereby is **GRANTED**, and Plaintiff's Amended Complaint is deemed filed as of the date of this Order.

IT IS SO ORDERED.

_____
JUDGE