## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Dorothy Houlihan** | * | |
| **Plaintiff** | * | |
| v. | | Civil Action No.:05-00194 JJF |
| | * | |
| **Sussex Technical School District** | | |
| | * | |
| **Sussex Technical School District** | | |
| **Board of Education** | * | |
| | | |
| **Sandra Walls-Culotta** | * | |
| **Individually, and in her official capacity** | | |
| | * | |
| **Steven Huber** | | |
| **Individually, and in his official capacity** | * | |
| | | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### *CERTIFICATE OF SERVICE*

I, Brian Dolan, Esquire, do hereby certify that on this 22nd day of February, 2007, a copy of the foregoing Plaintiff's Motion to File Amended Complaint was delivered via electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

_____/s/_____
BRIAN F. DOLAN
STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE 19947
ROBIN R. COCKEY
COCKEY, BRENNAN & MALONEY, PC
313 Lemmon Hill Lane
Salisbury, MD 21801