**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Dorothy Houlihan** | * |
| **Plaintiff** | * |
| v. | * Civil Action No.:05-00194 JJF |
| | * |
| **Sussex Technical School District, et al.** | * |
| | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### *NOTICE OF SERVICE OF DISCOVERY DOCUMENTS*

In accordance with Local Rule 5.4, the undersigned certifies that the following discovery documents were served as set forth below

_X_ Interrogatories addressed to     _X_ Request for Production of Documents
   Sussex Technical                        addressed to Sussex Technical
   School District                         School District

The discovery documents aforesaid were served via email and regular mail first class postage prepaid, along with this Notice of Service on the 21st day of February, 2007:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938


                                                    _____/s/_____
                                                    BRIAN F. DOLAN
                                                    STUMPF, VICKERS & SANDY, P.A.
                                                    8 West Market Street
                                                    Georgetown, DE 19947
                                                    ROBIN R. COCKEY
                                                    COCKEY, BRENNAN & MALONEY, PC
                                                    313 Lemmon Hill Lane
                                                    Salisbury, MD 21801