IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | : |
| | : |
| Plaintiff, | : C. A. No. 05-00194 JJF |
| v. | : |
| | : |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | : |
| SUSSEX TECHNICAL SCHOOL DISTRICT | : |
| BOARD OF EDUCATION, SANDRA WALLS- | : TRIAL BY JURY OF TWELVE |
| CULOTTA, individually, and in her official | : DEMANDED |
| capacity | : |
| | : E-FILE |
| Defendants. | : |
| | : |

**NOTICE OF SERVICE**

I, James S. Yoder, Esquire, do hereby certify that on this 23rd day of February, 2007, two copies of the foregoing ***Defendants' Interrogatories Directed To Plaintiff*** were delivered via Email and First Class Mail upon:

Robin R. Cockey, Esquire
Cockey Brennan & Maloney PC
313 Lemmon Hill Lane
Salisbury, MD 21801
cockey@dmv.com

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947
bdolan@svslaw.com

WHITE AND WILLIAMS LLP

By: *James S. Yoder*

James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4524
Facsimile: (302) 467-4554
E-mail: yoderj@whiteandwilliams.com
*Counsel for Defendants*