**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOROTHY HOULIHAN, | : | |
| | : | |
| Plaintiff, | : | C. A. No. 05-00194 JJF |
| v. | : | |
| | : | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | : | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | : | |
| BOARD OF EDUCATION, SANDRA WALLS- | : | TRIAL BY JURY OF TWELVE |
| CULOTTA, individually, and in her official | : | DEMANDED |
| capacity | : | |
| | : | **E-FILE** |
| Defendants. | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 26th Day of March, 2007, a copy of *Defendants' Responses to Plaintiff's Interrogatories* were sent via first class mail to the following counsel:

Robin R. Cockey, Esquire
Cockey Brennan & Maloney PC
313 Lemmon Hill Lane
Salisbury, MD 21801
cockey@dmv.com

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947
bdolan@svslaw.com

**WHITE AND WILLIAMS LLP**

By: /s/ James S. Yoder

James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:   (302) 467-4524
Facsimile:    (302) 467-4554
E-mail: yoderj@whiteandwilliams.com
*Counsel for Defendants*

WILDMS 142517v.1