# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN, | : | |
| | : | |
| Plaintiff, | : | C. A. No. 05-00194 JJF |
| v. | : | |
| | : | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | : | |
| SUSSEX TECHNICAL SCHOOL DISTRICT | : | |
| BOARD OF EDUCATION, SANDRA WALLS- | : | TRIAL BY JURY OF TWELVE |
| CULOTTA, individually, and in her official | : | DEMANDED |
| capacity | : | |
| | : | **E-FILE** |
| Defendants. | : | |
| | : | |
| | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 26th Day of March, 2007, a copy of ***Defendants' Responses to Plaintiff's Request for Production of Documents*** were sent via first class mail to the following counsel:

| | |
|---|---|
| Robin R. Cockey, Esquire | Brian F. Dolan, Esquire |
| Cockey Brennan & Maloney PC | Stumpf, Vickers & Sandy, P.A. |
| 313 Lemmon Hill Lane | 8 West Market Street |
| Salisbury, MD 21801 | Georgetown, DE 19947 |
| cockey@dmv.com | bdolan@svslaw.com |

**WHITE AND WILLIAMS LLP**

By: *[signature: James S. Yoder]*

James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:   (302) 467-4524
Facsimile:   (302) 467-4554
E-mail: yoderj@whiteandwilliams.com
*Counsel for Defendants*