**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **Dorothy Houlihan** | * | |
|     **Plaintiff** | * | |
| v. | | **Civil Action No.:05-00194 JJF** |
| | * | |
| **Sussex Technical School District** | | |
| | * | |
| **Sussex Technical School District Board of Education** | | |
| | * | |
| **Sandra Walls-Culotta Individually, and in her official capacity** | * | |
| | * | |
| **Steven Huber Individually, and in his official capacity** | * | |
| | | |
|     **Defendants** | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## AMENDED MOTION TO FILE AMENDED COMPLAINT

\* This Amended Motion to File Amended Complaint is filed by Plaintiff to include the Exhibits to the Amended Complaint, which Exhibits were inadvertently omitted from the original Motion. Attached to this Amended Motion is an amended proposed order, the only part of the original Motion necessary to change to account for the included Exhibits. Plaintiff has also attached a form of the proposed order which indicates in what respect it differs from the original proposed order attached to the original Motion.

Pursuant to F.R.C.P. Rule 15(a) and Delaware Local Rule 15.1, Plaintiff Dorothy Houlihan through undersigned counsel files this Motion to File Amended Complaint and in support thereof states as follows:

1. Plaintiff's Amended Complaint corrects a misnomer and deletes references to Defendant Huber in accordance to this Court's Order of November 16, 2006.

2. Plaintiff has not asserted any new facts or causes of action in its Amended Complaint.

3. Plaintiff has attached hereto a form of the Amended Complaint which indicates with what respect it differs from the original Complaint by bracketing materials to be deleted and underlining materials to be added.

  4. Plaintiff has also attached hereto a final, clean copy of the Amended Complaint.

  5. Plaintiff requested Defendant's counsel to consent to the filing of the Amended Complaint, but was unable to obtain same. Nevertheless, as the Amended Complaint makes no substantive changes to the original Complaint, and allowance of the filing of the Amended Complaint will in no way prejudice the Defendants.

  WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order allowing the Plaintiff to file the attached Amended Complaint, and for such further relief as this Court deems just.

              _____/s/_____
               BRIAN F. DOLAN
               STUMPF, VICKERS & SANDY, P.A.
               8 West Market Street
               Georgetown, DE 19947
               ROBIN R. COCKEY
               COCKEY, BRENNAN & MALONEY, PC
               313 Lemmon Hill Lane
               Salisbury, MD 21801
               (410) 546-1750