IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Dorothy Houlihan** | * |
| **Plaintiff** | * |
| v. | Civil Action No.:05-00194 JJF |
| | * |
| **Sussex Technical School District** | |
| | * |
| **Sussex Technical School District** | |
| **Board of Education** | * |
| | |
| **Sandra Walls-Culotta** | * |
| **Individually, and in her official capacity** | |
| | * |
| **Steven Huber** | |
| **Individually, and in his official capacity** | * |
| | |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## *CERTIFICATE OF SERVICE*

I, Brian Dolan, Esquire do hereby certify that this 4th day of April 2007 an exact copy of the foregoing Plaintiff's Amended Motion to File Amended Complaint was delivered upon electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

_____/s/_____
BRIAN F. DOLAN
STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE 19947
ROBIN R. COCKEY
COCKEY, BRENNAN & MALONEY, PC
313 Lemmon Hill Lane
Salisbury, MD 21801