## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Dorothy Houlihan** | * |
|     **Plaintiff** | * |
| v. |     Civil Action No.:05-00194 JJF |
| | * |
| **Sussex Technical School District** | |
| | * |
| **Sussex Technical School District** | |
| **Board of Education** | * |
| | |
| **Sandra Walls-Culotta** | * |
| **Individually, and in her official capacity** | |
| | * |
| **Steven Huber** | |
| **Individually, and in his official capacity** | * |
| | |
|     **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### *CERTIFICATE OF SERVICE*

    I, Robin Cockey, Esquire, do hereby certify that on this 9th day of April, 2007, a copy of Plaintiff's Responses to Defendants' Interrogatories was delivered via first class mail upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938


                                                      _____/s/_____
                                                      BRIAN F. DOLAN
                                                      STUMPF, VICKERS & SANDY, P.A.
                                                      8 West Market Street
                                                      Georgetown, DE 19947
                                                      ROBIN R. COCKEY
                                                      COCKEY, BRENNAN & MALONEY, PC
                                                      313 Lemmon Hill Lane
                                                      Salisbury, MD 21801