## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Dorothy Houlihan** | * |
| **Plaintiff** | * |
| v. | Civil Action No.:05-00194 JJF |
| | * |
| **Sussex Technical School District** | |
| | * |
| **Sussex Technical School District** | |
| **Board of Education** | * |
| **Sandra Walls-Culotta** | * |
| **Individually, and in her official capacity** | |
| | * |
| **Steven Huber** | |
| **Individually, and in his official capacity** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### *CERTIFICATE OF SERVICE*

I, Robin Cockey, Esquire, do hereby certify that on this 9th day of April, 2007, a copy of Plaintiff's Responses to Defendants' Request for Production of Documents was delivered via first class mail upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938


_____/s/_____
BRIAN F. DOLAN
STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE 19947
ROBIN R. COCKEY
COCKEY, BRENNAN & MALONEY, PC
313 Lemmon Hill Lane
Salisbury, MD 21801