IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOROTHY HOULIHAN,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           :    Civil Action No. 05-194-JJF
                                 :
SUSSEX TECHNICAL SCHOOL          :
DISTRICT, et al.,                :
                                 :
        Defendants.              :

## MEMORANDUM ORDER

Pending before the Court is Plaintiff's Motion To File Amended Complaint (D.I. 41) and Amended Motion To File Amended Complaint (D.I. 48). By the original Motion, Plaintiff requested the Court to allow her to amend the Complaint to correct a misnomer and delete the references to Defendant Huber in accordance with the Court's November 16, 2006 Order. Plaintiff did not assert any new facts or causes of action in the Amended Complaint. Shortly thereafter, Plaintiff filed an Amended Motion To File Amended Complaint requesting the same relief as sought in the original Motion with the additional request that the Court include certain exhibits attached to the Amended Complaint, which were inadvertently omitted from the original Motion.

Although Plaintiff requested Defendants' counsel to consent to the filing of the Amended Complaint, Plaintiff was unable to obtain his consent. However, to date, Defendants have not filed any opposition to the pending Motions.

Given the lack of opposition to the pending Motions by Defendants and the lack of any substantive changes to the original Complaint, the Court concludes that Defendants will not be prejudiced by the amendments. Therefore, the Court will allow the amendments pursuant to Fed. R. Civ. P. 15(a).

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Amended Motion To File Amended Complaint (D.I. 48) is **GRANTED** and the Amended Complaint along with the exhibits are deemed filed.

2. Plaintiff's original Motion To File Amended Complaint (D.I. 41) is **DENIED** as moot.

May 1, 2006
DATE

UNITED STATES DISTRICT JUDGE

2