To: Steve
From: Dottie
Re: Standardized Testing/Eligibility Determination/Child Study Team Mtg.
October 22, 2001

   1. These are some ideas for your review that I thought might better structure and streamline testing coordination:
   - Assign a counselor to jointly coordinate each of the standardized tests {i.e., Joel for PSAT; Liz for ASVAB; and Tina for DSTP (to assist myself and Steve)}.
   - Assign counselors to assist with testing for the entire day of the tests as well as for four hours on the following day.
   - Have the vice-principals hand out and collect materials in an effort to enhance accountability in terms of counts, return of materials, etc..
   - Enlist the Content Specialist's help since they are not assigned a first period.
   - Have the Shared Approach Sp Ed teachers serve as second proctor.
   - Secure Sp Ed/504 Accommodation list from Sp Ed Coordinator to attach to rosters.

   2. In follow-up to your question regarding eligibility determination criteria, I found that the regulations were recently changed. The updated regulations are as follows:
      Eligibility Criteria for Learning Disability:  In order for an IEP team to determine eligibility for Special Education services under the learning disability category, the following is required:
   - Written documentation for the formative intervention process used with the student. (This refers to regulations related to Referral to Instructional Support Team. Referral to the school's instructional support team is a process whereby teachers enlist the help of a team to assist in the identification of potential instructional strategies or solutions for learning and behavior problems. The instructional support team process may or may not lead to referral for initial evaluation to determine eligibility and possible need for special education services. **Documentation of the process should be comprehensive (including baseline and outcome data) and include strategies such as: curriculum based assessment, systematic observation, functional assessment, current health information and analyses of instructional variables.** Referrals for an individual child that do not contain all required documentation, including the evidence as described above, may be returned to the instructional support team with a request for the required information. Thus the documentation needs to specifically include a clear statement of the student's presenting problem(s); summary of diagnostic data collected and the **sources** of that data; and summary of interventions implemented to resolve the presenting problem(s) and the **effects** of the interventions; and
   -A comprehensive psychological assessment to evaluate the student's reasoning and cognitive processes in order to rule out mental retardation and emotional disturbance, and
   -A severe discrepancy between achievement and intellectual ability in one or more of the following areas: oral expression, listening comprehension, written expression, basic reading skills, reading comprehension, mathematics calculation or

PLAINTIFF'S
EXHIBIT
1

mathematics reasoning, based on correlation tables approved by the Department of Education.

The exclusion clause which stated that ".. evidence of low achievement in language arts (reading, writing, listening, speaking) and/or math. Low achievement is defined as at or below the 5th percentile on norm referenced measures concomitant with daily class measures of performance; .." was eliminated.

There are some alternative tests we may use such as the Wechsler Memory Scale; Peabody Picture Vocabulary Test; Writing Free Perception Test; and the comprehensive battery of the WIAT II.

Additionally, in terms of the referral process, it may be helpful to establish again that if a parent calls with questions regarding possible testing, he or she needs to be referred to the psychologist. Also if a staff member believes testing is needed, discuss it with the psychologist before discussing testing with the parent.

A procedure of stamping a "received date" on correspondence sent to the Special Education office would be helpful in maintaining timelines.

3. In considering the functions of the Child Study Team it is important that we make use of our bi-monthly Sp Ed meetings to address Functional Behavior Assessments (initial and updating of); counseling; behavior plans; etc. Also scheduling students on the agenda who continue to struggle academically in spite of the IEP goals and objectives that are in place seems important.

Date:     February 4, 2003

To:       Steve Huber, Supervisor of Special Education
From:     Dorothy Houlihan, Coordinator of Special Education/School Psychologist
Re:       **Staff Non-Compliance with Federal IDEA Requirements**

There is a serious problem concerning insubordination which may have repercussions concerning our compliance with the Federal/State IDEA requirements and which requires your guidance and our action.

As we discussed, Lynn Van Hauter has not been in compliance with regulations concerning the IEP's goals and objectives. Despite training and special meetings to discuss her implementation of the requested corrections, she has not complied. Her insubordination makes her assignments out of compliance with IDEA requirements and could result in legal repercussions in the event of a due process action. Further actions seem warranted to correct this ongoing problem with Mrs. Van Hauter.



One example of Mrs. Van Hauter's behavior is that she has failed to make corrections on Josh Bonsall's IEP goals and objectives and submit new goals and objectives after four requests. Another example of her insubordination occurred today. In order to facilitate her compliance, she was given a set of goals and objectives developed by a group composed of several SPED teachers and me to use as a model. I explained again that the goals and objectives examples given to her were developed on the required EDM information. I redirected her focus when she began to discuss unrelated issues; and again referred her to the IEP Process booklet provided through DOE and the AMES manual for verification. She objected to completing her assignment vociferously. She was unprofessional in behavior (e.g. stated she did not like the conversation and indicated she would not comply with my requests for the goals and objectives.) She turned her back and left.

What further action is required to rectify this situation using the Policies and Procedures of the School and district? Your expertise and direction would be greatly appreciated.

Thank you.

DLH:dh



PLAINTIFF'S
EXHIBIT
2
tabbies

Dorothy Houlihan - procedures

From:       Dorothy Houlihan
To:         Walls-Culotta, Sandy
Date:       1/12/04 1 40PM
Subject:    procedures

Sandy in follow-up to your request that I notify you of any noted procedural errors rather than notify Carol, I have noted as I reported on Friday 1-9 the lep team was dismissed prior to IEP completion and a 10-day waiver was used to correct the omission of IEP development being included on the mtg. invitation rather than parent initials on original invitation indicating approval to develop IEP at that mtg. In looking at the January calendar the EDM's scheduled for 1-14 and 1-23 should be IEP's, not EDM's. I explained this before and requested IEP's rather than EDM's but it was disregarded. Also ' permission to test' forms are being mailed out indicating informal assessment w/o it being addressed by the IEP team. How would you like these situations to be handled? Thanks Dottie

Many of the invitations throughout the year have not indicated the purposes of the mtg. Usually only assessment review is checked. upon notifying Sandy of need to check all purposes of mtg, she refuted what I was saying. I also made suggestions on possible changes on form to address will do IEP" if qualifies". Recently, I noticed changes have been made to the form to reflect my suggestion even though no one notified me of the change

PLAINTIFF'S
EXHIBIT
3

From:       Dorothy Houlihan
To:         Walls-Culotta, Sandy
Date:       1/15/04 3:26PM
Subject:    EDM

Sandy also the EDM on 1/14 should not have been an EDM.  Sandy this is very awkward for me since I feel like a tattle-tale.  I think we need to revisit our plan if that's OK w/ you.   Dottie

To:    Dottie Houlihan

Date:    January 20, 2004

From:    Sandy Walls-Culotta

c:    Steve Huber
    Carol Schreffler
    Carol Terry
    Wayne Dukes

RE:    Meeting concerning reevaluation discussion

Dottie,
Thank you for the copies that you gave me, I had hoped that you would stop and see me so that we could discuss it instead of putting it in my mailbox. After reviewing the materials you gave me you still have not provided anything that states an IEP meeting must be held to review what data needs to be collected. The sentence that you had highlighted, p 109, does not say a meeting is required, just that all technical and procedural safeguards in law and regulation must be followed. When reviewing the section from the law and state regulations on evaluation and reevaluation it specifically states a meeting is not required, that it can be conducted through contacting the team members. Because of your concern we also contacted Jennifer Brierley, district's special education attorney, to ask her opinion. She told us that a meeting is not required.

As I stated in our meeting on January 15, I appreciate your concern. For future concerns, Steve and I will investigate your concerns and then make a decision based on the law and state procedures. Steve and I are the ones responsible for the final decisions made concerning procedures.

Please see me if you have additional questions concerning this situation.



PLAINTIFF'S
EXHIBIT
4

To:     Dottie Houlihan

Date:   January 20, 2004

From:   Sandy Walls-Culotta

RE:     Concerns about IEP procedures

c:      Carol Terry
        Steve Huber
        Carol Schreffler
        Wayne Dukes

Dottie:

This is a follow-up to your concerns about identifying the data needed for a reevaluation in the IEP meeting prior to the reevaluation. After reviewing the policy handbook (Federal Law and state procedures) and a meeting with Steve and Carol to discuss this, IEP teams will discuss the data needed for the reevaluation meeting at the prior IEP meeting.

You had a concern about the review of progress (accountability) during an IEP meeting. This is being addressed through training as the process is changing with the Transition IEP format. Carol has set up training for all special education staff for additional training in these areas. I know one was held last week, if you weren't able to attend please see Carol for the information.

If you have any additional questions or concerns please see me.



From:        Dorothy Houlihan
To:          Huber, Steve
Date:        2/23/04 2:10PM
Subject:     Re: test-perm

Steve - Did you specify w/ them the exact procedures and could you please send me the specific procedures. It was my understanding from Sharon she was not aware of the procedures and since the letter is just being sent out that in itself is inconsistent with the procedures you sent me as I understand them. I am testing right now and thus can not really go in much detail but the procedure from the procedures manual as I understand them are different from the past and also that I'm doing both ed and psychological testing changes the previous procedure. I would like to schedule for all of us to meet and firm up the process.  For right now, do you me to sign the letter as it is w/o reviewing it.  Let me know and I'll do as you say.   thanks Dottie

>>> Steve Huber 02/23/04 01:29PM >>>
Dottie,
Carol and Sharon are aware of the procedures I outline to you in my e-mail from 2/20/04. Please sign the permission form I placed in your mailbox for Eric Beyer and return to Sharon so that we can get it mailed.
Thanks,
swfh

>>> Dorothy Houlihan 2/23/2004 12:01:00 PM >>>
Sharon - I did not sign the permission to test form because I am unclear what my responsibilities are re: obtaining permission to test. To date, the areas to be tested were automatically checked on the computer and the form given to me for signature. Since the form is going out under my signature I would like some clarification from my superiors as to the procedure they want.  Hopefully we can get that addressed quickly. thanks for your patience, efforts and the good job you always do.  It is a pleasure to work with you.  Dottie

From:       Dorothy Houlihan
To:         Bennington, Sharon
Date:       2/27/04 10:51AM
Subject:    EDM's

Good grief, Sharon - I just looked at the revised March IEP calendar and there are 12 EDM's scheduled
for March and I only have consents for 2 of the students. One is the EDM on the 25th and that student's
assessment has already been completed.  I'm concerned that it will be very difficult to not have to continue
w/ re-scheduling meetings if we don't get the paperwork.  At least after I notified Sandy this past
December that we need to address re-evaluation needs at the IEP mtg the year prior to tri-ennial due date,
I think the teachers are doing so.  Hopefully then you won't continue to have this problem of obtaining
consents at the last moment.  Hang in there- I know you have been very frustrated w/ unclear procedures
but hopefully we can slowly get them in place.  I think Steve has made some in-roads in working w/ you on
them this week.  As I have always told you, I think you are doing an excellent job and I hated seeing you
so distressed yesterday because of being unclear about what procedures to follow.  I think it is going to
get more defined and you will know exactly what procedure to follow.  As alwyas let me know if there is
any way I can be of help.   Chow   Dottie

PLAINTIFF'S
EXHIBIT
5
tabbies

From:        Dorothy Houlihan
To:          Huber, Steve
Date:        3/2/04 10:25AM
Subject:     response to request to meet and clarify procedures

Hi Steve - Sharon informed me this morning that you had answered procedural questions from her related to my job responsibilities, however, she did not feel comfortable sharing them with me without your consent. I would like to request again that you, Sharon, Carol Terry and myself meet to decide on the procedures in question w/in the SPED department and to receive answers to the procedual questions I recently e-mailed to you. I understand that you have been intensely working with Sharon and Carol Terry recently to address these procedures, however I have not been asked to be involved and thus am not aware of actions being taken and/or clarification of procedures being issued. I know your schedule is always extremely busy and think including me would save time so questions can be addressed with all of us at one time; with all of us hearing the same thing; and all of us hearing each others' input. I believe in order to perform my job duties following the procedures you have put in place, it is important for me to be provided with that information and to be involved as part of the team of you, Sharon Bennington, Carol Terry and myself in addressing procedures. Thank you for your consideration of my request and as always I am glad to perform my job following your directives. If you think there is a better approach I am glad to do as you think is best. Dottie

| | |
|---|---|
| From: | Dorothy Houlihan |
| To: | Huber, Steve; Terry, Carol; Walls-Culotta, Sandy |
| Date: | 3/12/04 1:41PM |
| Subject: | Re: DVR |

Sandy - My first year here in the district I attended a school psych conference where Tom Pledgie did a presentation. As I understood it, he said that procedure was changed and the schools were to provide evaluations only for cognitively limited students.    Dottie

>>> Sandy Walls-Culotta 03/12/04 07:32AM >>>
Dottie - This was institued approximately 10 years ago to assist in the transitioning of students from high school to DVR services.  It is applicable to all disability categories that require psychologicals for determination.  It would not be required of the physical disability categories.

>>> Dorothy Houlihan 3/12/2004 7:28:33 AM >>>
Carol- Did you check w/ DOE to ask if the school system is required to provide that evaluation and, if so, for which disability categories?  Dottie

>>> Carol Terry 03/11/04 01:59PM >>>
I spoke with Jeanne from DVR this morning in reference to whether they required a psychological less then three years old.  She said yes and they will be sending me a copy of their requirements in writing.



# Sussex Technical High School
## A United States Department of Education National School of Excellence

Allen F. Lathbury, Jr. M.Ed
Assistant Principal

Sandra L. Walls-Culotta, M.Ed.- Principal

Steven W F. Huber, M.Ed.
Assistant Principal

Larry J. Snyder, M.s.
Assistant Principal

W. om R. (S.) Co. cx, M.Ed.
Dean of Students

March 8, 2004

Ms. Dorothy Houlihan
School Psychologist
Sussex Technical High School
Georgetown, DE 19947

Dear Ms. Houlihan:

This letter is to address concerns I have regarding your unprofessional and negative behavior during our meeting on February 9, 2004. This was a fact finding meeting concerning your unproductive and negative interactions with other staff during an EDM meeting on February 5, 2004.

You expressed a concern as to why it was recommended that you have an STEA representative at the meeting and why it was necessary to be at this level. As I pointed out to you in the meeting, the reason you have the right to a representative is due to the fact that the outcome of the meeting could adversely affect the continuation of your position (Article X, Section D of the employment contract) and I wanted to make sure you were protected. The complaint I was investigating was directly related to your recommended areas of growth, developing cooperative working relationships with staff, in the performance appraisal dated 8/5/03.

You requested that the meeting be taped which I had agreed to as long a copy of the tape was given to me. This was stated at the beginning of the meeting. At the end of the meeting you requested the tape and stated that I could not have a copy of it. I repeated to you that I had stated in the beginning of the meeting I would only agree to tape the meeting as long as I received a copy of the tape. You indicated that things could be changed on the tape if I made a copy. This accusation that I would change things on the tape indicates to me that you do not trust me or the staff. You insinuated that we would carry out illegal acts. The decision on your part to refuse to let me have a copy of the tape demonstrates your inability to be cooperative and to work towards a positive working relationship.

During the February 9th meeting your verbal interactions were hostile and negative. You could not or would not focus on the purpose of the meeting and provide answers to my questions. Your remarks were degrading and unprofessional about staff and me. As I pointed out several times, we were there to discuss what was said and what behaviors occurred during the EDM meeting on February 5, 2004, concerning you interactions with staff especially Wendy McKeever. During the interview process when I specifically reviewed what was said, you would not stay on the topic, but would focus on what was being done wrong in your opinion by the staff and how the staff is "untrained". You stated that

**PLAINTIFF'S EXHIBIT**
6

Ms. Dorothy Houlihan
2
March 8, 2004

Wendy McKeever, the student's case manager, is not trained in the process, even though I stated that she has a Masters of Education in Special Education, has 20 years of teaching experience, and has been with our district for the past two and a half years. I stated in the meeting that there are proper ways to discuss how things should be done during a meeting so that the meeting is conducted in a non-confrontational manner.

You also stated that I told you previously to gather information on Shelly Billings and Alice Godwin-Smith so I could write up them up in order to be dismissed. This is not true. This statement is similar to another statement you had made during a conversation again on how Sussex Tech staff is untrained. During that conversation you told me that the former school psychologist told you that I was trying to get rid of him and that former staff members are glad not to work here. These types of statements cannot support a cooperative working relationship with administration, staff and your colleagues.

Making these statements indicates that you are <u>not</u> attempting to establish a positive and cooperative relationship. If fact these statements are destructive and illustrate your refusal to work cooperatively with other teachers and administrators to benefit our students. You continue to use falsehoods that provide hostile working environment, when we should be discussing how we can work more cooperatively together and what is working with in the program.

In addition to your remarks that the staff and I are incompetent to implement IDEA, you also stated that our procedures do not meet federal law requirements. As I stated in the meeting, these procedures have been developed from technical assistance with Delaware's Department of Education and that as a single school in the district our compliance with federal and state law is audited. To this you replied that we aren't following federal law, federal law overrides what the state says. If you constantly belittle the staff and indicate that they are not knowledgeable or trained enough in your eyes to carry out the tasks, it is impossible to develop a cooperative working relationship.

We have tried repeatedly to address your concerns over the law and we've even contacted our district attorney when issues have arisen. Please know that the Sussex Technical School District has never been reversed on an appeal made by a parent concerning a student's IEP or procedures that is used at Sussex Technical School District. In addition since Sussex Technical High School is the only school in the district it has been reviewed annually by the State of Delaware and has been found to be compliant with federal and state statutes.

Part of your lack of adjustment to our system seems to stem from your experiences in a county-wide system in another state. You have repeatedly pointed out how things were done in your previous job. Since the Delaware school system is composed of individual districts, Sussex Technical School District cannot and is under no obligation to conduct business as a county system.

It is critical that you must act in a professional manner and develop cooperative working relationships with staff. Unprofessional behavior as indicated is grounds for non-renewal of your contract.

Ms. Dorothy Houlihan
3
March 8, 2004

Please plan to meet with me prior to Friday, March 12, 2004, to develop an improvement plan regarding your hostile and negative interactions with teachers and administration and your overall unprofessional conduct.

Sincerely,

Sandra L. Walls-Culotta, M.Ed.
Principal

c:      Personnel File
        Carol Schreffler

My signature below certifies that I have received this letter.  It does not indicate agreement or disagreement with the contents of this letter.

Signature and Date



# Sussex Technical High School

### A United States Department of Education National School of Excellence

Sandra L. Walls-Culotta, M.Ed.- Principal

Allen F. Lathbury, Jr. M.Ed
Assistant Principal

Steven W.F. Huber, M.Ed.
Assistant Principal

Larry J. Snyder, M.S.
Assistant Principal

William W. (Bill) Colick, M.Ed.
Dean of Students

March 22, 2004

Dorothy Houlihan
Sussex Tech High School
Georgetown, DE 19947

RE:    Failure to complete requests

Dear Ms. Houlihan:

This letter is to remind you that when given specific tasks they need to be completed in a timely manner. There have been three incidents since January where you have failed to carry out professional responsibilities.

In November 2003, you received a letter with a survey and a monetary supplement for completing the survey. When asked if you needed another copy of the survey in December, you stated you still had the first survey and that you would complete it. As of today's date Research Triangle Institute still has not received the survey.

Also, I met with you in January, and requested that you provide me a summary of your work activities for the first semester. You asked me if I requested other staff to do a summary of their work activities. As your supervisor, I have the right to request this information. Because of your type of work I am unable to observe your assessments or counseling of students. You were reminded again in a letter dated March 8, 2004 and as of today's date you have failed to provide me with a written summary of your first-semester work. The summary needs to document the number of students seen for initial psychological assessments, the number seen for reevaluations, the number of students counseled and how many times per week, the number of EDM meetings attended, and a brief summary of other meetings attended. You are to submit this written summary to me immediately.



P.O. BOX 351 • GEORGETOWN • DE • 19947 • 302-856-0961 • FAX 302-856-1760 • www.sussexvt.k12.de.us

Sussex Technical School District does not discriminate on the basis of race, color, gender, religion, age, disability, national status, national origin, genetic information, or other legally protected categories in its programs and activities. The following person has been designated to handle inquiries regarding non-discrimination policies: Assistant Superintendent, P.O. Box 351, Georgetown, DE 19947, telephone 302-856-0961.

March 22, 2004
Page 2
Dorothy Houlihan

Regarding another matter, you received a letter from me dated March 8, 2004, and were requested to sign the original letter and return it to me. As of today's date you have failed to do this. The letter dated March 8, 2004 needs to be signed and returned immediately.

These behaviors are insubordinate and are neglect of duty. This may result in the non-renewal of your contract. When given assignments it is important for things to be carried out. In addition questioning why I want a summary for your work is not a way to develop a working a relationship. These behaviors are unacceptable.

Sincerely,

Sandra L. Walls-Culotta, M.Ed.
Principal

c:      Personnel File
        Carol Schreffler, Assistant Superintendent

My signature below certifies that I have received this letter. It does not indicate agreement or disagreement with the contents of the letter.

Signature and Date: _____ 4-1-04



# Sussex Technical High School

### A United States Department of Education National School of Excellence

Sandra L. Walls-Culotta, M.Ed.- Principal

Allen F. Lathbury, Jr. M.Ed.
Assistant Principal

Steven W.F. Huber, M.Ed.
Assistant Principal

Larry J. Snyder, M.S.
Assistant Principal

William W. (Bill) Collick, M.Ed.
Dean of Students

March 22, 2004

Ms. Dorothy Houlihan
Sussex Tech High School
Georgetown, DE 19947

Dear Ms. Houlihan:

This letter is to reinforce the importance of the development of your Improvement Plan and to also address your request to have a DSEA representative at the meeting. Your Improvement Plan needs to be completed and in effect by Thursday, March 25, 2004. This is past the deadline of March 12, 2004 as stated in the letter dated March 8, 2004. It is imperative that an improvement plan be developed immediately. I have attempted to expedite this procedure; however, you have delayed this process first by your request to have your attorney present at the meeting and later by your request for a DSEA representative to be present. Therefore, as of today's date no meeting has been set.

If you have a DSEA representative at the meeting he/she can only be an observer. The representative cannot be a participant in the meeting. If you haven't met with me prior to March 25, 2004 to develop your Improvement Plan we will meet to review the Improvement Plan that I develop. I have scheduled a meeting at 9:30 a.m. on Thursday, March 25, 2004 in my office to review the plan. The DPAS I procedure for the development of the Individual Improvement Plan will be followed. Your cooperation in this matter is critical to your professional improvement.

Sincerely,

Sandra Walls-Culotta, M.Ed.
Principal

c:     Personnel File
       Carol Schreffler, Assistant Superintendent

My signature below certifies that I have received this letter. It does not indicate agreement or disagreement with the contents of the letter.

Signature and Date:

The Sussex Technical School District does not discriminate on the basis of race, color, gender, religion, age, disability, national status, national origin, genetic information or other widely protected categories in its adams and activities. The following person has been designated to handle inquiries regarding non-discrimination policies: Assistant Superintendent, P.O. Box 351, Georgetown, DE 19947, Telephone 302-856-0961



# Sussex Technical High School
### A United States Department of Education National School of Excellence

Sandra L. Walls-Culotta, M.Ed.- Principal

Allen F. Lathbury, Jr. M.Ed
Assistant Principal

Steven W.F. Huber, M.Ed.
Assistant Principal

Larry J. Snyder, M.S.
Assistant Principal

William W. (Bill) Collick, M.Ed.
Dean of Students

March 29, 2004

Dorothy Houlihan
Sussex Tech High School
Georgetown, DE 19947

Dear Dorothy:

Attached you will find your Improvement Plan that I developed because you did not agree to meet with me in a timely fashion. When I spoke with Mr. Holmes I discussed the Improvement Plan and that I would be designing it since you have failed to collaborate with me on the plan. According to DPAS if you fail to collaborate on the plan than I am to develop it. Please review the plan, sign it and return the signed copy to me by April 1, 2004. I will provide you with the video series when I receive the signed Improvement Plan.

You have failed to meet with me to develop your Improvement Plan that was requested in the letter dated March 8, 2004. You had requested a meeting first with your lawyer and then with a DSEA representative present. After speaking with Mr. Holmes, your request is for a meeting concerning the reprimand letters. Your request to meet concerning the reprimand letters does not allow you to postpone the meeting concerning your Improvement Plan. Your unwillingness to cooperate in the development of the Improvement Plan is another example of your inability to work as a team member.

Again, I am directing you to sign the letters dated March 8, 2004, March 22, 2004, this letter and your Improvement Plan. Your signature on these documents indicates that you have received them not that you agree with them. The Improvement Plan is in effect as of today's date. Continued refusal is insubordination and will have a negative effect on your contract renewal.

Sincerely,

Sandra L. Walls-Culotta, M.Ed.
Principal

P.O. BOX 351 • GEORGETOWN • DE • 19947 • 302-856-0961 • FAX 302-856-1760 • www.sussexvt.k12.de.us

Sussex Technical School District does not discriminate on the basis of race, color, gender, religion, age, disability, national status, national origin, genetic information, or other legally protected categories in its rams and activities. The following person has been designated to handle inquiries regarding non-discrimination policies: Assistant Superintendent, P.O. Box 351, Georgetown, DE 19947 telephone 302-856-2541

Page 2
3-30-04 Houlihan

c:    Personnel File
      Carol Schreffler

My signature below certifies that I have received this letter.  It does not indicate agreement or
disagreement with the contents of this letter.

Signature and Date  _____   4-1-04

# Individual Improvement Plan

Name  Dorothy Houlihan

Directions: This Individual Improvement Plan shall be developed when an individual's performance in any category has been appraised as Needs Improvement or Unsatisfactory, of if a Lesson/Job Analysis is identified with the statement "Performance is Unsatisfactory". Selected category (s) of improvement will be checked below. Areas of growth shall address, but not be limited to the appropriate behaviors associated with any category. The plan shall be cooperatively developed by the teacher/specialist and the appraiser. If the plan cannot be cooperatively developed, the appraiser shall have the authority and responsibility to determine the plan. The teacher/specialist shall be held accountable for the implementation of the Individual Improvement Plan.

**Category of Improvement:**

_____ **I.**        **Planning/Preparation**

_____ **II.**       **Organization and Management**

_____ **III.**      **Strategies and Techniques**

__X__ **IV.**     **Specialist/Student/Staff Interaction**

_____ **V.**       **Monitoring/Evaluating Student Performance**

_____ **VI.**      **Related Responsibilities**

I.    **Goals and Objectives:**
   A. To significantly improve positive communication with staff.
   B. To work cooperatively with staff.

II.   **Activities and/or Methods to accomplish goals and objectives:**
   A. Complete following video course: Interpersonal Communication Skills, Career Track
   B. Daily reflections of the day kept in a journal.
   C. Read Read Be A People Person by John C. Maxwell
   D. View  video Communications: Negativity, Career Track

III.    **Resources**
- The 7 Habits of Highly Effective People by Stephen Covey
- Be a People Person by John C. Maxwell

IV.    **Timelines**
- Complete Interpersonal Communication Skills program by April 10, 2004.
- View Communications: Negativity by March 30, 2004.
- Copies of self-reflection journal will be submitted biweekly to supervising principal.

V.    **Assessments**
- Period observations and copies of the journal will be assessed.

**Teacher's Signature** _____    Date 4/1/04

**Appraiser's Signature** _____    Date 4/1/04

c:    Carol Schreffler, Assistant Superintendent

*This is prior to mtg. desire at request of Ms. Wells-Culot*

# Specialist Performance Appraisal

**Specialist:** _Dorothy Houlihan_

**Dates of Observations:** _Ongoing_

**Area:** _School Psychologist_

**Grade:** _9 – 12_

**Appraiser(s):** _S. Huber and S. Walls-Culotta_

## I.  PREPARATION AND PLANNING

**Exemplary** ☐    **Effective** ☐    **Needs Improvement** ☐    **Unsatisfactory** ☐

**Narrative:**

You have been prepared for the meetings you are scheduled to attend.  This year you have been involved in Evaluation Review Meetings, Manifestation Determination Hearings, and numerous IEP meetings.  You are very thorough in presenting information at the meetings and are prepared to provide feedback for the questions that arise.

## II.  ORGANIZATION AND MANAGEMENT

**Exemplary** ☐    **Effective** ☐    **Needs Improvement** ☐    **Unsatisfactory** ☐

**Narrative:**

1.  You are organized and you show this by having all the information that is needed for the specific meetings available at the meetings.  This year you have been able to complete the psychological assessments in a timely fashion and have presented your findings at the appropriate meetings.

2.  One area that needs to be monitored more carefully is when you are given outside evaluation reports.  An example of this is A. Kessel's evaluation that was given to you earlier in the year, but until Mrs. Kessel called this summer concerning the DSTP assessment and evaluation it had been addressed with her. It is important that additional evaluation reports be entered into the information presented at a student's IEP.

## III.  STRATEGIES AND TECHNIQUES

**Exemplary** ☐    **Effective** ☐    **Needs Improvement** ☐    **Unsatisfactory** ☐

**Narrative:**

PLAINTIFF'S
EXHIBIT
7

1. During meetings you provide parents the support that they need and you make sure that they understand the regulations for special education or 504 services and their rights as parents.
2. You conduct meetings with overviews of what will take place and then follow the agenda. This allows the parents to know what is going to occur; it also helps keep the meeting focused.
3. You provide information and staff development to the clusters and other groups of teachers to assist them in working with specific students.

## IV.  SPECIALIST/STUDENT/STAFF INTERACTION

**Exemplary** ☐    **Effective** ☐    **Needs Improvement** ☐    **Unsatisfactory** ☐

**Narrative:**

1. During the meeting on April 4, 2003, you made sure that everyone was comfortable about the purpose of the meeting especially the student and the grandfather.
2. When interacting with students you are encouraging and thorough in your evaluations.

## V.  MONITORIING AND EVALUATING STUDENT PERFORMANCE

**Exemplary** ☐    **Effective** ☐    **Needs Improvement** ☐    **Unsatisfactory** ☐

**Narrative:**

1. In your evaluation of students you use appropriate evaluation tools.
2. Your assessment of students is thorough and provides necessary information to make educationally sound decisions for strategies to help students.

## VI.  RELATED RESPONSIBILITIES

**Exemplary** ☐    **Effective** ☐    **Needs Improvement** ☐    **Unsatisfactory** ☐

**Narrative:**

1. You participate in SAT, cluster, IEP, 504, and other related meetings.

2.  You have participated in staff development.
3.  An area of needed improvement is when you register to attend a conference, whether you feel it is important or not you need to follow through with it. Example was "Delaware's Leadership Forum" June 24 and 25, that was a two-day event and you registered for both days, including the overnight room. However, you only attended for approximately one hour.
4.  This year there were some difficult situations within the workings of the special education department. In your meetings with Sandra Culotta you indicated that you don't feel things will change. It is important that you focus on doing your position, improving what is in your control and be supportive.

## COMMENDATIONS/RECOMMENDED AREAS FOR GROWTH/COMMENTS:
### Commendations:
1.  You are well prepared for the meetings you are scheduled to attend.
2.  You provide feedback on the status of students and how they have done on the evaluations you have conducted.
3.  Throughout the year you have been involved in staff development and work on ways to assist staff in better understanding students who have learning or emotional difficulties.
4.  During meetings you work well with parent/guardians in making sure they understand their rights and responsibilities under federal and state laws.

### Recommended Areas for Growth:
1.  Follow through on registered meetings.
2.  Develop a more cooperative working relationship with staff.

### Comments:
This coming school year you will have some different job responsibilities, such as working more closely with the guidance department and wellness, providing individual and group counseling, etc. You will need to focus on the positive, instead of negatives and previous history.

The teacher and appraiser shall sign the **Performance Appraisal** to indicate that it has been reviewed and discussed, not that the teacher necessarily agrees with the **Performance Appraisal**. Further, the teacher may submit additional information on a **TEACHER/SPECIALIST APPRAISAL RESPONSE FORM**, within fifteen (15) working days of the date of the teacher's signature on this **Performance Appraisal**. Place a (x) in the box below to indicate your desire to submit additional information and to receive a **Teacher/Specialist Appraisal Response Form**. The **Teacher/Specialist Appraisal Response Form** shall be appended to this **Performance Appraisal** and shall become part of the appraisal record.

_Dorothy L. Houlihan_ _____     _Sandra Wallotton_ 8-5-03
Teacher's Signature/Date                 Appraiser's Signature/Date

☑ Additional information will be submitted by the teacher within fifteen (15) working days on a **Teacher/Specialist Appraisal Response Form.**

# Observation Form

**Staff member:** Dorothy Houlihan                **Date:** April 4, 2003

**Area :** School Psychology                              **Time:** 9:00 to 10:00

**Announced:** _____  **Unannounced:** __x__   **Status:** Non-tenured

*Below is a summary of information from the observation. The comments are designed to provide feedback to the staff member regarding strengths and areas for growth and progress toward goals/objectives. The following narrative is based upon:*

<u>Check One:</u>

_____Classroom visit (20 minutes minimum)          ___ Cluster meeting
_____ Advisory Committee Meeting                __X__Other (Specify)  ERM/MDM/IEP

## Focus of Observation:

The observation focused on a student's Evaluation Review Meeting and Manifestation Determination Hearing. Mrs. Houlihan was the chairperson of the meeting.

## Narrative:

1. Ms. Houlihan began the meeting promptly. She reviewed the purpose of the meetings and she checked with the student's grandfather that concerning the rights and procedures for special education students and their parents.
2. Introductions were conducted by Ms. Houlihan and then she began explaining the results of the evaluation that she conducted.
3. After the evaluation results were explained she then went through the various parts of the Evaluation Meeting prior to having everyone sign as to whether they agree with the student meeting the qualifications as a Learning Disabled Student.
4. The next step was the Manifestation Hearing Meeting. Ms. Houlihan explained how the meeting would be conducted and then went through each of the steps.  The meeting concluded with the discussion as to whether the student's behavior was a manifestation of his disability.
5. The next part of the meeting involved the annual review of the IEP. Ms. Houlihan again chaired the meeting and made sure all parts of the IEP requirements were completed.

## Commendations/Recommended areas for growth/comments:
You need to be commended for:

1. The thoroughness in your presentation of the information at all the meetings.  This entails collecting all information that was available for the meeting, following requirements of state and federal law.

2.    In conducting the meeting you made sure that all requirements were carried out.  This included the information from the evaluation you had conducted and working with the student's case manager to present information from all parties that could not attend the meeting.

3.    – You made the grandparent and the student feel comfortable in the meeting and had the student's social worker be an active part of the meeting.

*The staff member and appraiser shall sign the observation form to indicate that it has been reviewed and discussed, not that the staff member necessarily agrees with the observation. Further, the staff member may submit additional information within fifteen (15) working days of the date of the staff member's signature on this observation. Place an (X) in the box below to indicate your desire to submit additional information. The staff member's response shall be appended to this observation and shall become part of the appraisal record.*

_____ 8/5/03          _____ 8/5/03
Staff Member's signature/date          Appraiser's signature/date

☐    Additional information will be submitted by the staff member within fifteen (15) days.

# PERFORMANCE APPRAISAL

Specialist Dorothy Houlihan

Dates of Observations 11/9/01; 4/18/02; 5/29/02

Area School Psychologist

Appraiser(s) Steven W.F. Huber

## I. Preparation and Planning

Exemplary ☐    Effective ☐    Needs Improvement ☐    Unsatisfactory ☐

Narrative:

Ms. Houlihan:
- Established appropriate goals and objectives
- Established and carried out procedures that allowed her to achieve goals and objectives.
- Used preparation and planning techniques that allowed her to complete all required paperwork and reports to meet all meeting deadlines.

## II. Organization and Management

Exemplary ☐    Effective ☐    Needs Improvement ☐    Unsatisfactory ☐

Narrative:

Ms. Houlihan:
- Reorganized her work area to provide a neat comfortable testing and counseling environment for students.
- Used time efficiently as reevaluation testing is caught up through September.
- Completed all new referrals from the Students Assistance Team prior to the end of the current school year.
- Maintained security of student records and assessment materials.

## III. Strategies and Techniques

Exemplary ☐    Effective ☐    Needs Improvement ☐    Unsatisfactory ☐

Narrative:

Ms. Houlihan:
- Demonstrated excellent knowledge of current practices in school psychology.
- Used appropriate methods and activities effectively when working with staff and students.
- Conveyed appropriate expectations for all students during student/psychologist interactions.
- Checked for student, staff, and parent understanding.
- Provided opportunities for student differences.

## IV. Specialist/Staff/Student Interaction

Exemplary ☐          Effective ☐          Needs Improvement ☐          Unsatisfactory ☐

Narrative:

Ms. Houlihan:

- Developed a positive and collaborative rapport with staff members quickly after joining the staff in early October, 2001.
- Created a supportive environment for the student, parents, and staff members during all formal and informal meetings.
- Demonstrated fairness and consistency when dealing with students, parents, and staff members.
- Provided prompt and specific feedback to students, parents, and staff in a constructive manner.
- Communicated information clearly, correctly, and at a level appropriate for student, parent, and staff understanding.

## V.     Monitoring and Evaluating Performance

Exemplary ☐          Effective ☐          Needs Improvement ☐          Unsatisfactory ☐

Narrative:

Ms. Houlihan:

- Used appropriate formative and summative tools and techniques during the evaluation process.
- Maintained accurate and up to date records.
- Used data and research to adapt delivery of services.
- Coordinated input from parent, community, and State agencies.

## IV. Related Responsibilities

Exemplary ☐          Effective ☐          Needs Improvement ☐          Unsatisfactory ☐

Narrative:

Ms. Houlihan:

- Complied with all District policies, regulations, and procedures.
- Pursued professional development opportunities by attending Delaware Association of School Psychologists convention and Special Education Legal Seminar.
- Participated actively and provided input to the Student Assistance Team.
- Performed additional responsibilities as assigned.

**Commendations/ Recommendations Areas For Growth/Comments:**

Ms. Houlihan is to be commended for:

1. Developing a positive and collaborative rapport with staff members quickly after joining the staff in early October, 2001.
2. Using preparation and planning techniques that allowed her to complete all required paperwork and reports to meet all meeting deadlines.
3. Reorganizing her work area to provide a neat comfortable testing and counseling environment for students.
4. Using time efficiently to complete all triennial and new referral testing prior to the end of the current school year.
5. Coordinating input from parent, community, and State agencies.
6. Communicating information clearly, correctly, and at a level appropriate for student, parent, and staff understanding.
7. Pursuing professional development opportunities that provided her with information about District and State policies and regulations.

Recommended areas for growth/Comments:

1. Further explanation on discipline concerns.
2. What steps can we take together to facilitate making Mark, Peggy, and yourself the effective team that I know you all can be?

Dottie,
You have done a great job this year under some unique circumstances. Coming into a new school in a new state must have been very trying at times. You quickly fit in with our system and staff, and have become a valuable member of the team in a short period of time. Thanks for completing all the tasks I sent your way in a timely and professional manner.

The specialist and appraiser shall sign the Performance Appraisal to indicate that it has been reviewed and discussed, not the specialist necessarily agrees with the Performance Appraisal. Further, the specialist may submit additional comments within thirty (30) calendar days of the date of the teacher's signature on this Performance Appraisal. Those comments shall be appended to this Performance Appraisal.

_____  6/12/02          _____  6/12/02
Teacher's Signature and Date                    Appraiser's Signature and Date

# OBSERVATION FORM

**Staff Member** <u>Dorothy Houlihan</u>          **Date of Observation** <u>May 23, 2002</u>

**Area** <u>School Psychologist</u>                **Time**

**Announced** <u>____</u>        **Unannounced** <u>X</u>        **Status** <u>Non-tenured</u>

Below is a summary of information from the observation. The comments are designed to provide feedback to the staff member regarding strengths and areas for growth and progress towards goals/objectives. The following narrative is based upon:

### Check One

o **A classroom visit (minimum of 20 minutes)**        o **A Cluster meeting**
o **An Advisory committee meeting**                     o **Other (DSTP Preparation and Administration))**

**Focus of Observation:**

One of the duties of the school psychologist is to act as the assistant to the District Test Coordinator. The assistant is asked to complete any and all duties assigned by the coordinator related to school wide standardized testing. This job analysis is based on Ms. Houlihan's performance during the planning administration, and collection phases of the May administration of the eleventh grade Social Studies and Science batteries of the DSTP. This year's tests were administered on May 21 and 22. Ms. Houlihan was given the task of overseeing all phases of the administration. Mr. Huber was available as a resource to upon Ms. Houlihan's request.

**Narrative:**

Test materials were delivered to the school the first week of May. Ms. Houlihan began the process of checking in all materials against the District Security Checklist. After receiving class rosters and proctor lists Ms. Houlihan packed each proctor's box with all materials necessary for administration. This phase of the process was completed several days before the first day of testing.

On the morning of the first day of testing, Ms. Houlihan oversaw the distribution of all materials to the test proctors. She obtained proctor signatures on the materials list and informed all proctors to secure all materials at the end of each test session. During testing Ms. Houlihan visited in each testing site to check attendance and troubleshoot any problems. At the end of each test session, Ms. Houlihan coordinated the extra time sessions in the library with the assistance of the counselors. At the end of the extra time sessions, Ms. Houlihan returned all materials to the proctors.

At the end of the last scheduled session Ms. Houlihan verified and collected all testing materials from the proctors and returned them to the staging area. Materials for students needing make-up session were separated from the completed material and repacked for the make-up sessions. Ms. Houlihan distributed make-up materials to Mr. Reynolds and Mrs. Canby for administration.

After all make-up sessions were completed, Ms. Houlihan completed the process of separating and packing scoreable and non-scoreable materials for shipment back to Harcourt-Brace in Texas. All tracking and security forms were completed and copied before the shipment was sent. All test materials were returned to Texas three days prior to the deadline. Mr. Huber received a variety of positive feedback from test proctors documenting the effectiveness with which Ms. Houlihan handled this test administration.

**Commendations/Recommended areas for growth/comments:**

Ms. Houlihan is to be commended for:

1. Accepting the responsibility for overseeing this test administration upon the request of Mr. Huber.
2. Having all materials prepared several days prior to the start of testing.
3. Effectively communicating necessary information to the test proctors in a timely manner.
4. Recognizing the importance of materials security.
5. Working collaboratively with the guidance counselors and special ed. teachers to carry out the extra time and make-up sessions.

Areas for discussion and future consideration:

1. Do you see any ways to make this process more efficient?
2. Did you experience any problems during the process that I am not aware of?

Dottie,
You did a great job during this test administration. I appreciate you taking the risk to attempt this task. This was a good time for you to get a feel for the process. Think about ways we can improve on the process, as next March will be the first time we will have ninth grade students who may be taking any combination of parts of the eighth and ninth grade. Keep up the good work.

**The staff member and appraiser shall sign the observation form to indicate that it has been reviewed and discussed, not that the staff member necessarily agrees with the observation. Further, the staff member may submit additional information within fifteen (15) working days of the day of the staff member's signature on this observation. Place an (X) in the box below to indicate your desire to submit additional information. The staff member's response shall be appended to this observation and shall become part of the appraisal record.**

_Dorothy J. Houlihan_ 6/12/02
**Staff member's signature/date**

_Schreiber_ 5/29/02
**Appraiser's signature/date**

☐**Additional information will be submitted by the staff member within fifteen (15) working days.**

# JOB ANALYSIS

**Specialist** <u>Dorothy Houlihan</u>          **Observation Period** <u>Oct. 8, 2001 – June 15, 2002</u>

**Specialist Area** <u>School Psychologist</u>     **Time** <u>8:05 – 8:42</u>

**Announced** ___     **Unannounced** <u>X</u>     **Status** <u>Non-tenured</u>

**School** <u>Sussex Technical High School</u>

Below is a summary of information from the observation and discussion. The comments are designed to provide feedback to the specialist regarding strengths and areas for growth. The appraiser shall write a concise narrative that focuses on the behaviors within that category.

## DESCRIPTION OF RESPONSIBILITIES:

A duty of the school psychologist is to administer the necessary battery of tests that are used to determine whether students are eligible for, or remain eligible to receive special education services. Upon completion of the tests, an Eligibility Determination Meeting is held to share the results with the student and parents. Ms. Houlihan was observed leading an Eligibility Determination Meeting on April 18, 2002, for a student referred for initial evaluation through the Student Assistance Team. The meeting proceeded as follows:

8:07    Ms. Houlihan arrived with all the necessary materials and set up the meeting room.

8:15    Parents arrived. Ms. Houlihan herself and started the meeting by explaining that a permission for initial evaluation needed to be signed.

8:20    Ms. Houlihan discussed results of the evaluation including I.Q. and academic achievement scores. Achievement results were given in terms of grade equivalent and standard scores.

8:28    Teachers gave individual classroom reports.

8:37    Ms. Houlihan summarized all reports and outlined the student's strengths and weaknesses.

8:44    Ms. Houlihan recommended that the student qualified as a student with a learning disability. All members of the team agreed. The student was determined to be eligible for special education services after all parties signed the signature page of the eligibility report.

8:47    The IEP portion of the meeting began. Ms. Houlihan took notes for the remainder of the meeting.

8:52    Observer left the meeting

## I. PLANNING/PREPARATION
## NARRATIVE:

Ms. Houlihan had all necessary testing and paperwork completed prior to the meeting date. Copies of all reports were provided to the parents to refer to during the meeting.

## II. ORGANIZATION AND MANAGEMENT

**NARRATIVE:**
Ms. Houlihan was organized with all necessary files and forms laid out in advance of the arrival of the parents. At the beginning of the meeting she clearly communicated the purpose of the meeting to all participants and outlined the steps that would take place. Ms. Houlihan followed the previously established meeting format and kept it flowing smoothly. Ms. Houlihan maintained security of confidential students records at all times.

## III. STRATEGIES AND TECHNIQUES
**NARRATIVE:**
Ms. Houlihan demonstrated excellent knowledge of the procedures for conducting an Eligibility Determination Meeting and presented them in the appropriate sequence. She presented material at a level appropriate for parent understanding and answered parent questions when called upon. The meeting remained focused on the stated objective and moved at a reasonable pace.

## IV. SPECIALIST/STUDENT/STAFF INTERACTION
**NARRATIVE:**
Ms. Houlihan created a supportive meeting environment for the student, parents, and staff members. She provided the opportunity for all participants to take an active part in the process, and displayed a calm and empathetic demeanor when conveying what it meant to receive special education services to the student. Ms. Houlihan also answered all parent questions in a timely manner using accepting language. Ms. Houlihan was very adept at destigmtizing the learning disability label for the student and parents.

## V. MONITORING/EVALUATING STUDENT PERFORMANCE
**NARRATIVE:**
N/A (Not Applicable)

## COMMENDATIONS/RECOMMENDED AREAS FOR GROWTH/COMMENTS:

Ms. Houlihan is to be commended for:

1. Completing all evaluation instruments for a new referral within the State and Federal timelines.
2. Presenting the evaluation results in language that easily understandable to student and parents.
3. Displaying empathy when addressing student and parent concerns about being labeled Special Ed.
4. Taking copious notes during the IEP meeting as a future tool.

Areas for discussion and future consideration:

1. How does our procedure compare to your past experience in Maryland?
2. Do you have any suggestions for ways to improve our EDM meetings?

The specialist and appraiser shall sign the Job Analysis to indicate that it has been reviewed and discussed, not that the specialist necessarily agrees with the appraisal. Further, the specialist may submit additional information on a TEACHER/SPECIALIST APPRAISAL RESPONSE FORM, within fifteen (15) working days of the date of the specialist's signature on this Job Analysis. Place an (x) in the box below to indicate your desire to submit additional information and to receive a Teacher/Specialist Appraisal Response Form. The Teacher/Specialist Appraisal Response Form shall be appended to this Performance Appraisal and shall become part of the appraisal record.

_Dorothy L. Houlihan_ 6/10/02            _[signature]_ 4/18/02
**Specialist's Signature/Date**                    **Appraiser's Signature/Date**

☐ Additional information will be submitted by the teacher within fifteen (15) working days on a Teacher/Specialist Appraisal Response Form.

## JOB ANALYSIS

Specialist <u>Dorothy Houlihan</u>          Observation Period <u>Oct. 8. 2001 – June 15, 2002</u>

Specialist Area <u>School Psychologist</u>     Time <u>8:15AM – 9:11AM</u>

Announced  <u>X</u>     Unannounced<u> </u>     Status <u>Non-tenured</u>

School <u>Sussex Technical High School</u>

Below is a summary of information from the observation and discussion. The comments are designed to provide feedback to the specialist regarding strengths and areas for growth. The appraiser shall write a concise narrative that focuses on the behaviors within that category.

## DESCRIPTION OF RESPONSIBILITIES:

One of the duties of the school psychologist is to act as chairperson for all manifestation determination meetings for students receiving special education services who have been recommended for expulsion due to code of conduct infractions. These meetings are required to determine if a child's disability caused the expellable behavior to occur. Ms. Houlihan was observed leading a manifestation meeting on November 9, 2001, for a learning disabled student who committed an offense that has recommendation for expulsion as a consequence for the behavior. The meeting proceeded as follows:

8:15    Ms. Houlihan introduced herself to the parents and explained the purpose of the meeting. She reviewed the results of the most recent psycho-educational that was completed February 8, 2001.

8:22    Ms. Houlihan gave the parents time to give input they believed top be relevant to the situation. During this time Mr. Kemp became angry and left the meeting.

8:31    Teachers were given the opportunity to give input regarding the student's performance in their class. Teachers gave academic and behavioral reports.

8:49    Ms. Houlihan asked the team the relevant questions necessary to make a final determination of whether the behavior was a manifestation of the child's disability. She explained the signature page and passed it around for all members to sign and indicate whether they agreed or disagreed with the determination.

9:08    Ms. Houlihan gave copies of the manifestation forms to Mrs. Kemp and informed her that Mr. Lathbury would complete the pre-administrative hearing paperwork with them in his office.

9:11    Ms. Houlihan thanked team members and closed the meeting.

## I. PLANNING/PREPARATION
NARRATIVE:

Ms. Houlihan spent significant time prior to the meeting reviewing the student's current IEP, most recent psychological evaluation reports, and details of the disciplinary referral, all of which would be presented to the parents. She also met with Mr. Huber on two occasions to discuss the manifestation forms and meeting procedures that are used at Sussex Tech.

## II. ORGANIZATION AND MANAGEMENT
**NARRATIVE:**

Ms. Houlihan was organized with all necessary files and forms laid out in advance of the arrival of the parents. At the beginning of the meeting she clearly communicated the purpose of the meeting to all participants and outlined the steps that would take place. Ms. Houlihan followed the previously established meeting format and kept it flowing smoothly. She allowed all participants to be heard without allowing any one party to dominate the conversation. Ms. Houlihan maintained security of confidential students records at all times.

## III. STRATEGIES AND TECHNIQUES
**NARRATIVE:**

Ms. Houlihan demonstrated sufficient knowledge of the procedures for conducting a manifestation determination meeting and presented them in the appropriate sequence. She presented material at a level appropriate for parent understanding and answered parent questions when called upon. The meeting remained focused on the stated objective and moved at a reasonable pace.

## IV. SPECIALIST/STUDENT/STAFF INTERACTION
**NARRATIVE:**

Ms. Houlihan created a supportive meeting environment for parents and staff under the difficult conditions of a manifestation meeting and its possible outcome. She provided the opportunity for all participants to take an active part in the process, and displayed a calm and empathetic demeanor when conveying unpleasant information to the parents. Ms. Houlihan also answered all parent questions in a timely manner using accepting language.

## V. MONITORING/EVALUATING STUDENT PERFORMANCE
**NARRATIVE:**

N/A (Not Applicable)

## COMMENDATIONS/RECOMMENDED AREAS FOR GROWTH/COMMENTS:

Ms. Houlihan is to be commended for:

1. Meeting the challenge of chairing a Manifestation Determination meeting with little prior notice and experience with Sussex Tech procedures.
2. The respectful manner in which you interacted with staff, student, and parents under trying circumstances.
3. Being well prepared as a result of reviewing all relevant information in the student's case file prior to the meeting.
4. Taking the time to debrief after the meeting with your supervisor

Areas for discussion and future consideration:

1. How does our procedure compare to your past experience in Maryland?
2. Do you think we should be doing anything differently?

Dottie,

I am certain that your first six weeks have been a whirlwind and you feel a little confused right now. Please be assured that you are doing great job thus far. Your attention to detail fits in well with my style of doing things. Please fell free to call on me at any time if you need assistance.

The specialist and appraiser shall sign the Job Analysis to indicate that it has been reviewed and discussed, not that the specialist necessarily agrees with the appraisal. Further, the specialist may submit additional information on a TEACHER/SPECIALIST APPRAISAL RESPONSE FORM, within fifteen (15) working days of the date of the specialist's signature on this Job Analysis. Place an (x) in the box below to indicate your desire to submit additional information and to receive a Teacher/Specialist Appraisal Response Form. The Teacher/Specialist Appraisal Response Form shall be appended to this Performance Appraisal and shall become part of the appraisal record.

_Dorothy L. Houlihan_                                    _Stuart H._ 11/14/01
**Specialist's Signature/Date**                          **Appraiser's Signature/Date**

☐ Additional information will be submitted by the teacher within fifteen (15) working days on a Teacher/Specialist Appraisal Response Form.



# Sussex Technical School District

17137 County Seat Hwy
Post Office Box 351
Georgetown, Delaware 19947

November 14, 2002

**ADMINISTRATION**

George L. Frunzi, Ed.D.
Superintendent
302-856-2542

Carol C. Schreffler, M.Ed.
Assistant Superintendent
302-856-2541

Sandra M. Falatek, Ed.D.
Director of Instructional Services
302-856-2543

Patrick E. Savini, Ed.D.
Director of Support Services
302-856-2548

Linda P. Putz, MBA
Business Manager
302-856-2571

Terry B. Little, MSM
Director of Facilities / Operations
302-856-2548

**BOARD OF EDUCATION**

Richard I. Lewis
President

Charles H. Mitchell
Vice President

Frank B. Calio

Teresa G. Carey

Rudy L. Emory

Harry L. Trammell

Gregory W. Williams

:
302-856-7078

Email
www.sussexvt.k12.de.us

Ms. Dottie Houlihan
School Psychologist
Sussex Technical High School
P.O. Box 351
Georgetown, DE 19947

Dear Dottie:

On behalf of the Sussex Technical School District, I would like to commend you for the excellent job you have done as a school psychologist since coming to Sussex Tech.  I know that last year was difficult for you because of the certification and Praxis I challenges as well as starting in a new position in a new state.

I'd also like to thank you for taking on the responsibility of special education coordinator for the high school.  The coordinator's position is definitely complex and challenging, but there is no doubt you have the skills and abilities to succeed.  An excellent example of your dedication and excellent work is the "perfect score" granted to Sussex Tech by the special education audit team.

Once again, thank you for all that you do for Sussex Technical High School.

Sincerely yours,

Carol C. Schreffler, M.Ed.
Acting Superintendent

jm
c:    Personnel File
      Sandy Walls-Culotta