IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
| Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| | | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

The Plaintiff, Dorothy Houlihan, by Heather R. Konyar and Cockey, Brennan & Maloney, P.C., will take the Deposition of the following named witness upon oral examination before a Notary Public or some other person duly qualified to administer an oath, at the law offices of Stumpf, Vickers & Sandy, P.A., 8 West Market Street, Georgetown, DE 19947, on the following dates and times, to continue from day to day until completed.

The witnesses to be deposed are as follows:

| | | |
|---|---|---|
| Beth Light | **August 17, 2007** | **at 2:00 P.M.** |
| Alicia Conkin | **August 17, 2007** | **at 3:30 P.M.** |
| Charles Mitchell | **August 17, 2007** | **at 4:00 P.M.** |

     /s/
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947


     /s/
Robin R. Cockey
Heather R. Konyar
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

Attorneys for Plaintiff

S:\Staff\rcockey\ACTIVE CASES\Houlihan\pld_Notice.Dep.8.9.07.doc