IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
|    Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| | | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| | | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
|    Defendants | | |

\* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

    I, Brian Dolan, Esquire do hereby certify that this 10th day of August 2007 an exact copy of the foregoing Plaintiff's Notice of Deposition was delivered upon electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

                                                     _____/s/_____
                                                     BRIAN F. DOLAN
                                                     STUMPF, VICKERS & SANDY, P.A.
                                                     8 West Market Street
                                                     Georgetown, DE 19947
                                                     ROBIN R. COCKEY
                                                     COCKEY, BRENNAN & MALONEY, PC
                                                     313 Lemmon Hill Lane
                                                     Salisbury, MD 21801