IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
|    Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| | * | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
|    Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## *CERTIFICATE OF SERVICE*

I, Brian Dolan, Esquire, do hereby certify that on this 14th day of August, 2007, a copy of the Pro Hac Vice was delivered via electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

                                                         /s/
                                       BRIAN F. DOLAN
                                       STUMPF, VICKERS & SANDY, P.A.
                                       8 West Market Street
                                       Georgetown, DE 19947
                                       ROBIN R. COCKEY
                                       COCKEY, BRENNAN & MALONEY, PC
                                       313 Lemmon Hill Lane
                                       Salisbury, MD 21801