IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
|    Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
|    Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

The Plaintiff, Dorothy Houlihan, by Heather R. Konyar and Cockey, Brennan & Maloney, P.C., will take the Deposition of the following named witnesses upon oral examination before a Notary Public or some other person duly qualified to administer an oath, at the law offices of Stumpf, Vickers & Sandy, P.A., 8 West Market Street, Georgetown, DE 19947, on the following dates and times, to continue from day to day until completed.

The witnesses to be deposed are as follows:

| | | |
|---|---|---|
| Steven Huber | **August 28, 2007** | **at 9:00 A.M.** |
| Carol Shreffler | **August 28, 2007** | **at 11:00 A.M.** |
| Carol Terry | **August 28, 2007** | **at 2:00 P.M.** |
| Shelley Billings | **August 28, 2007** | **at 4:00 P.M.** |

          /s/
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

          /s/
Robin R. Cockey
Heather R. Konyar
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

Attorneys for Plaintiff

S:\Staff\rcockey\ACTIVE CASES\Houlihan\pld_Amend.Notice.Dep.witness.doc