IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
| Plaintiff | | |
| v. | * | Civil Action No.:<u>05-194-JJF</u> |
| | | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| | | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
| Defendants | | |

*     *     *     *     *     *     *     *     *     *     *     *

***CERTIFICATE OF SERVICE***

I, Brian Dolan, Esquire do hereby certify that this 14th day of August 2007 an exact copy of the foregoing Plaintiff's Notice of Deposition was delivered upon electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

_____/s/_____
BRIAN F. DOLAN
STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE 19947
ROBIN R. COCKEY
COCKEY, BRENNAN & MALONEY, PC
313 Lemmon Hill Lane
Salisbury, MD 21801