IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | E-FILE |
| capacity ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney, James S. Yoder, Esquire, will take the oral deposition of Dorothy Houlihan, on Tuesday, September 18, 2007 at 10:00 a.m. at the office of Stumpf, Vickers & Sandy, P.A., 8 West Market Street, Georgetown, DE 19947. The deposition will be recorded by stenographic means.

WHITE AND WILLIAMS LLP

BY: /s/ James S. Yoder
James S. Yoder, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4524

DATED: September 7, 2007

Attorneys for Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta

PHLDMS1 3313490v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | E-FILE |
| capacity ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, James S. Yoder, Esquire, do hereby certify that on this 7th day of September, 2007 one (1) copy of the foregoing **NOTICE OF DEPOSITION** was delivered via LexisNexis File & Serve and/or First Class Mail, postage prepaid upon:

Robin R. Cockey, Esquire  
Heather R. Konyar  
Cockey Brennan & Maloney PC  
313 Lemmon Hill Lane  
Salisbury, MD 21801  
cockey@dmv.com  

Brian F. Dolan, Esquire  
Stumpf, Vickers & Sandy, P.A.  
8 West Market Street  
Georgetown, DE 19947  
bdolan@svslaw.com  

WHITE AND WILLIAMS LLP

BY: /s/ James S. Yoder
James S. Yoder, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4524
Attorneys for Defendants Sussex
County Vocational-Technical School
District, Sussex County Vocational-
Technical School District Board of

DATED: September 7, 2007

Education, and Sandra Walls-Culotta

cc:  Wilcox and Fetzer, Ltd. (via facsimile 302-655-0497)

PHLDMS1 3313490v.1