IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
| Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| | | |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DEPOSITION

The Plaintiff, Dorothy Houlihan, by Heather R. Konyar and Cockey, Brennan & Maloney, P.C., will take the Deposition of the following named witness upon oral examination before a Notary Public or some other person duly qualified to administer an oath, at the law offices of Stumpf, Vickers & Sandy, P.A., 8 West Market Street, Georgetown, DE 19947, on the following dates and times, to continue from day to day until completed.

The witnesses to be deposed are as follows:

Patricia Canby          **September 20, 2007  at 11:00 A.M.**

Steven Huber            **September 20, 2007  at 1:00 P.M.**

   /s/
Brian F. Dolan
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947


   /s/
Robin R. Cockey
Heather R. Konyar
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

Attorneys for Plaintiff

S:\Staff\rcockey\ACTIVE CASES\Houlihan\pld_Amend.Notice.Dep.witness.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
|    Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
|    Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ***CERTIFICATE OF SERVICE***

     I, Brian Dolan, Esquire do hereby certify that this 11th day of September 2007 an exact copy of the foregoing Plaintiff's Notice of Deposition was delivered upon electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

                                                                           /s/
                                         BRIAN F. DOLAN
                                         STUMPF, VICKERS & SANDY, P.A.
                                         8 West Market Street
                                         Georgetown, DE 19947
                                         ROBIN R. COCKEY
                                         COCKEY, BRENNAN & MALONEY, PC
                                         313 Lemmon Hill Lane
                                         Salisbury, MD 21801