**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DOROTHY HOULIHAN, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 05-00194 JJF <br> v. ) <br> ) <br> SUSSEX TECHNICAL SCHOOL DISTRICT, ) TRIAL BY JURY OF TWELVE <br> SUSSEX TECHNICAL SCHOOL DISTRICT ) DEMANDED <br> BOARD OF EDUCATION, SANDRA WALLS- ) <br> CULOTTA, individually, and in her official ) **E-FILE** <br> capacity ) <br> ) <br> Defendants. ) | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney, James S. Yoder, Esquire, will take the oral deposition of Dorothy Houlihan, on Monday, October 15, 2007 at 10:00 a.m. at the office of Stumpf, Vickers & Sandy, P.A., 8 West Market Street, Georgetown, DE 19947. The deposition will be recorded by stenographic means.

WHITE AND WILLIAMS LLP

BY: /s/ James S. Yoder
James S. Yoder, Esquire
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4524
Attorneys for Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta

DATED: September 27, 2007

PHLDMS1 3338234v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00194 JJF |
| v. | ) |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) |
| CULOTTA, individually, and in her official | ) **E-FILE** |
| capacity | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that on this 27th day of September, 2007 one (1) copy of the foregoing **NOTICE OF DEPOSITION** was delivered via LexisNexis File & Serve and/or First Class Mail, postage prepaid upon:

Robin R. Cockey, Esquire  
Heather R. Konyar  
Cockey Brennan & Maloney PC  
313 Lemmon Hill Lane  
Salisbury, MD  21801  
cockey@dmv.com  

Brian F. Dolan, Esquire  
Stumpf, Vickers & Sandy, P.A.  
8 West Market Street  
Georgetown, DE  19947  
bdolan@svslaw.com  

WHITE AND WILLIAMS LLP

BY: /s/ James S. Yoder  
James S. Yoder, Esquire  
824 N. Market Street, Suite 902  
P.O. Box 709  
Wilmington, DE  19899-0709  
Phone: 302.467.4524  
Attorneys for Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of

DATED: September 27, 2007

PHLDMS1 3338234v.1

                                        Education, and Sandra Walls-Culotta

cc:  Wilcox and Fetzer, Ltd. (via facsimile 302-655-0497)