IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
|    Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-<br>TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA<br>Individually, and in her Official capacity | * | |
| | * | |
|    Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DEPOSITION

The Plaintiff, Dorothy Houlihan, by Heather R. Konyar and Cockey, Brennan & Maloney, P.C., will take the Deposition of the following named witness upon oral examination before a Notary Public or some other person duly qualified to administer an oath, at the law offices of Stumpf, Vickers & Sandy, P.A., 8 West Market Street, Georgetown, DE 19947, on the following dates and times, to continue from day to day until completed.

The witnesses to be deposed are as follows:

Patricia Canby         **October 15, 2007     at  9:00 A.M.**

                                                   /s/_____
                                               Brian F. Dolan
                                               Stumpf, Vickers & Sandy, P.A.
                                               8 West Market Street
                                               Georgetown, DE 19947

    /s/
Robin R. Cockey
Heather R. Konyar
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

Attorneys for Plaintiff

S:\Staff\rcockey\ACTIVE CASES\Houlihan\pld_Notice.Dep.9.27.07.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY HOULIHAN | * | |
| | * | |
| Plaintiff | | |
| v. | * | Civil Action No.: 05-194-JJF |
| SUSSEX COUNTY VOCATIONAL-TECHNICAL SCHOOL DISTRICT | * | |
| | * | DEMAND FOR JURY TRIAL |
| SUSSEX COUNTY VOCATIONAL-TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION | * | |
| | * | |
| | * | |
| SANDRA WALLS-CULOTTA Individually, and in her Official capacity | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, Brian Dolan, Esquire do hereby certify that this 27th day of September 2007 an exact copy of the foregoing Plaintiff's Notice of Deposition was delivered upon electronic filing upon:

James Yoder, Esquire
White and Williams, LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19801-4938

_____/s/_____
BRIAN F. DOLAN
STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE 19947
ROBIN R. COCKEY
COCKEY, BRENNAN & MALONEY, PC
313 Lemmon Hill Lane
Salisbury, MD 21801