IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOROTHY HOULIHAN, :
:
    Plaintiff, :
:
v. : Civil Action No. 05-194-JJF
:
SUSSEX TECHNICAL SCHOOL :
DISTRICT, et al., :
:
    Defendants. :

### O R D E R

WHEREAS, the parties have requested the Court to reschedule the pretrial conference originally scheduled for September 6, 2007 (D.I. 6);

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, December 6, 2007 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended June 30, 2007) shall govern the Pretrial Conference.

October 1, 2007                              _____
       DATE                                UNITED STATES DISTRICT JUDGE