IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-00194 JJF |
| v. | ) |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- | ) |
| CULOTTA, individually, and in her official | ) E-FILE |
| capacity | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of the records custodian of Dr. Jeanette Zaimes* on October 24, 2007 beginning at 10:00 a.m. in the offices of **WHITE and WILLIAMS LLP**, 824 North Market Street, Suite 902, Wilmington, Delaware 19801 (see attached Exhibit A).

\*       *A subpoena duces tecum has been issued requesting a copy of all documents in your possession regarding Dorothy Houlihan.*

**NOTE**: Please note that personal appearance is waived if the requested records and the affidavit of substitute compliance are received in this office on or before the date of the scheduled deposition

WHITE AND WILLIAMS LLP

BY:  /s/ James S. Yoder
James S. Yoder, Esquire
(Bar No. 2643)
824 N. Market Street, Suite 902
P.O. Box 709

PHLDMS1 3361103v.1

DATED: October 10, 2007

Wilmington, DE 19899-0709
Phone: 302.467.4524
Attorneys for Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta

-2-

PHLDMS1 3361103v.1

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire do hereby certify that on this 10th day of October 2007 two copies of the foregoing **Notice of Records Deposition** were served upon the following by First Class Mail, postage prepaid:

Robin R. Cockey, Esquire
Cockey Brennan & Maloney PC
313 Lemmon Hill Lane
Salisbury, MD  21801
cockey@dmv.com

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE  19947
bdolan@svslaw.com

WHITE AND WILLIAMS LLP

DATED:  October 10, 2007

BY:  /s/ James S. Yoder
James S. Yoder, Esquire
(Bar No. 2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4524
Attorneys for Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta