IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | |
| et al. ) | |
| Defendants. ) | |

### ORDER

WHEREAS, the parties have requested the Court to reschedule the pretrial conference originally scheduled for September 6, 2007 (D.I. 6), and rescheduled for December 12, 2007 (D.I. 66);

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on _____, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended June 30, 2007) shall govern the Pretrial Conference.

_____          _____
DATE                             UNITED STATES DISTRICT COURT

PHLDMS1 3748648v.1