IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | **E-FILE** |
| capacity. ) | |
| ) | |
| Defendants. ) | |

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure Defendants Sussex County Vocational-Technical School District, Sussex County Vocational-Technical School District Board of Education, and Sandra Walls-Culotta. ("Defendants") hereby offer to allow judgment to be taken against them in this action, together with costs accrued to date, in the amount of $50,001. This offer of judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendants are liable in this action, or that the Plaintiff has suffered any damage.

Dated:  November 29, 2007        WHITE AND WILLIAMS LLP

            /s/ James S. Yoder
            James S. Yoder, (DE #2643)
            824 N. Market Street, Suite 902
            Wilmington, DE 19899-0709
            Tel: (302) 467-4524
            Fax:: (302) 467-4554
            *Attorneys for Defendants*

PHLDMS1 3774818v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN,<br><br>        Plaintiff,<br><br>v.<br><br>SUSSEX TECHNICAL SCHOOL DISTRICT,<br>SUSSEX TECHNICAL SCHOOL DISTRICT<br>BOARD OF EDUCATION, SANDRA WALLS-<br>CULOTTA, individually, and in her official<br>capacity.<br><br>        Defendants. | )<br>)<br>)<br>)  C.A. No. 05-00194 JJF<br>)<br>)<br>)  TRIAL BY JURY OF TWELVE<br>)  DEMANDED<br>)<br>)  **E-FILE**<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

    I, James S. Yoder, Esquire, do hereby certify that on this 29th day of November, 2007, a total of two copies of the foregoing **OFFER OF JUDGMENT** were delivered electronically and via First Class Mail, postage prepaid, upon:

    Brian F. Dolan, Esquire
    Stumpf, Vickers & Sandy, P.A.
    8 West Market Street
    Georgetown, DE 19947

    Heather R. Konyar, Esquire
    Cockey, Brennan and Maloney, P.C.
    313 Lemmon Hill Lane
    Salisbury, MD 21801

Dated: November 29, 2007        WHITE AND WILLIAMS LLP

                                        By: /s/ *James S. Yoder*
                                             James S. Yoder, (DE ID #2643)
                                             824 N. Market Street, Suite 902
                                             Wilmington, DE 19899-0709
                                             Tel: (302) 467-4524
                                             Fax:: (302) 467-4554
                                             Attorneys for Defendants