## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-00194 JJF |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) **TRIAL BY JURY OF TWELVE** |
| BOARD OF EDUCATION and SANDRA WALLS- | ) **DEMANDED** |
| CULOTTA, Individually, and in Her Official | ) |
| Capacity. | ) **E-FILE** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

### FINAL JUDGMENT

On November 26, 2007, Defendants Sussex Technical School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, filed an Offer of Judgment in the amount of $50,001. (D.I. #72).  On December 6, 2007, Plaintiff, Dorothy Houlihan filed a Notice of Acceptance of Offer of Judgment. (D.I. #73). As a result of said filings by the parties, IT IS HEREBY ORDERED THAT:

1.    Final Judgment is entered in favor of Plaintiff, Dorothy Houlihan, and against Defendants, Sussex Technical School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, in the amount of $50,001.

**BY THE COURT:**

Dated:_____

_____
Joseph J. Farnan, Jr., J.