IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-00194 JJF |
| | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT, | ) |
| SUSSEX TECHNICAL SCHOOL DISTRICT | ) TRIAL BY JURY OF TWELVE |
| BOARD OF EDUCATION and SANDRA WALLS- | ) DEMANDED |
| CULOTTA, Individually, and in Her Official | ) |
| Capacity. | ) E-FILE |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED FORM ORDER OF ENTERING FINAL JUDGMENT**

I, James S. Yoder, hereby certify as follows regarding the proposed form of Order entering Final Judgment in favor of Plaintiff Dorothy Houlihan, attached as Exhibit A hereto ("the proposed form of Order"):

1. On November 26, 2007, Defendants Sussex Technical School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, filed an Offer of Judgment in the amount of $50,001. (D.I. #72).

2. On December 6, 2007, Plaintiff, Dorothy Houlihan filed a Notice of Acceptance of Offer of Judgment. (D.I. #73).

3. The proposed form of Order provides in pertinent part that, "Final Judgment is entered in favor of Plaintiff, Dorothy Houlihan, and against Defendants, Sussex Technical

-2-

School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, in the amount of $50,001."

4. A draft of the proposed form of Order, and the instant Certification of Counsel, have been reviewed by counsel for Plaintiff who has no objection to either document.

**WHEREFORE**, the Defendants respectfully request that the Court enter the proposed form of Order Entering Final Judgment in favor of Plaintiff Dorothy Houlihan attached as Exhibit A hereto and grant such other and further relief as is just and proper.

                                        WHITE AND WILLIAMS LLP

Dated: December 12, 2007              /s/ James S. Yoder
                                        James S. Yoder, (DE #2643)
                                        824 N. Market Street, Suite 902
                                        Wilmington, DE 19899-0709
                                        Tel: (302) 467-4524
                                        Fax:: (302) 467-4554
                                        *Attorneys for Defendants*

PHLDMS1 3802282v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-00194 JJF |
| v. ) | |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | TRIAL BY JURY OF TWELVE |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | DEMANDED |
| BOARD OF EDUCATION, SANDRA WALLS- ) | |
| CULOTTA, individually, and in her official ) | **E-FILE** |
| capacity. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that on this 12th day of December, 2007, a total of two copies of the foregoing **FINAL JUDGMENT AND CERTIFICATION OF COUNSEL REGARDING PROPOSED FORM ORDER OF ENTERING FINAL JUDGMENT** were delivered electronically and via First Class Mail, postage prepaid, upon:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

Heather R. Konyar, Esquire
Cockey, Brennan and Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

Dated: December 12, 2007        WHITE AND WILLIAMS LLP

By: /s/ *James S. Yoder*
    James S. Yoder, (DE ID #2643)
    824 N. Market Street, Suite 902
    Wilmington, DE 19899-0709
    Tel: (302) 467-4524
    Fax:: (302) 467-4554
    Attorneys for Defendants

-3-

PHLDMS1 3802282v.1