IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-00194 JJF |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | TRIAL BY JURY OF TWELVE |
| BOARD OF EDUCATION and SANDRA WALLS- ) | DEMANDED |
| CULOTTA, Individually, and in Her Official ) | |
| Capacity. ) | E-FILE |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## FINAL JUDGMENT

On November 26, 2007, Defendants Sussex Technical School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, filed an Offer of Judgment in the amount of $50,001. (D.I. #72). On December 6, 2007, Plaintiff, Dorothy Houlihan filed a Notice of Acceptance of Offer of Judgment. (D.I. #73). As a result of said filings by the parties, IT IS HEREBY ORDERED THAT:

1.  Final Judgment is entered in favor of Plaintiff, Dorothy Houlihan, and against Defendants, Sussex Technical School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, in the amount of $50,001.

BY THE COURT:

Dated: 12-14-07

Joseph J. Farnan, Jr., J.

PHLDMS1 3800455v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-00194 JJF |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | TRIAL BY JURY OF TWELVE |
| BOARD OF EDUCATION and SANDRA WALLS- ) | DEMANDED |
| CULOTTA, Individually, and in Her Official ) | |
| Capacity. ) | E-FILE |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED FORM ORDER OF ENTERING FINAL JUDGMENT**

I, James S. Yoder, hereby certify as follows regarding the proposed form of Order entering Final Judgment in favor of Plaintiff Dorothy Houlihan, attached as Exhibit A hereto ("the proposed form of Order"):

1.  On November 26, 2007, Defendants Sussex Technical School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, filed an Offer of Judgment in the amount of $50,001. (D.I. #72).

2.  On December 6, 2007, Plaintiff, Dorothy Houlihan filed a Notice of Acceptance of Offer of Judgment. (D.I. #73).

3.  The proposed form of Order provides in pertinent part that, "Final Judgment is entered in favor of Plaintiff, Dorothy Houlihan, and against Defendants, Sussex Technical

School District, Sussex Technical School District Board of Education and Sandra Walls-Culotta, individually, and in her official capacity, in the amount of $50,001."

4.  A draft of the proposed form of Order, and the instant Certification of Counsel, have been reviewed by counsel for Plaintiff who has no objection to either document.

**WHEREFORE**, the Defendants respectfully request that the Court enter the proposed form of Order Entering Final Judgment in favor of Plaintiff Dorothy Houlihan attached as Exhibit A hereto and grant such other and further relief as is just and proper.

                             WHITE AND WILLIAMS LLP

Dated: December 12, 2007        /s/ James S. Yoder
                                James S. Yoder, (DE #2643)
                                824 N. Market Street, Suite 902
                                Wilmington, DE 19899-0709
                                Tel: (302) 467-4524
                                Fax:: (302) 467-4554
                                *Attorneys for Defendants*