**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DOROTHY HOULIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-00194 JJF |
| ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT, ) | |
| SUSSEX TECHNICAL SCHOOL DISTRICT ) | TRIAL BY JURY OF TWELVE |
| BOARD OF EDUCATION and SANDRA WALLS- ) | DEMANDED |
| CULOTTA, Individually, and in Her Official ) | |
| Capacity. ) | **E-FILE** |
| ) | |
| Defendants. ) | |
| ) | |
| • ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff, DOROTHY HOULIHAN and Defendants SUSSEX TECHNICAL SCHOOL

DISTRICT, SUSSEX TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION and

SANDRA WALLS-CULOTTA, Individually, and in Her Official Capacity, through their

respective counsel, hereby stipulate to the dismissal of the above captioned action with prejudice.

STUMPF, VICKERS & SANDY, P.A.                    WHITE AND WILLIAMS LLP

_Brian F. Dolan / HRK_                            _James S. Yoder_
Brian F. Dolan, (DE No. 3190)                     James S. Yoder (DE No. 2643)
8 West Market Street                              824 N. Market Street, Suite 902
Georgetown, DE 19947                              P.O. Box 709
Phone: 302-856-3561                               Wilmington, DE 19899-0709
Fax: 302-856-0956                                 Phone: 302-467-4524
_Counsel for Plaintiff_                           Fax: 302-467-4554
                                                  _Counsel for Defendants_